UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------x
                                 :
AARON BEN NORTHROP,              :
                                 :
     Plaintiff,                  :
                                 :
v.                               :    Civil No. 3:02CV00875(AWT)
                                 :
ELTON WILLIAMS,                  :
RICHARD CRAMER,                  :
                                 :
     Defendants.                 :
                                 :
---------------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

__X__ A ruling on the following motions, which are currently pending: <u>Plaintiff's Motion to Compel Disclosure and Challenge Sufficiency of Answers and Objections to Requests for Admissions and Interrogatories [doc. #53]</u> (orefm.)

____ A settlement conference (orefmisc./cnf)

____ Other:_____(orefmisc./misc)

It is so ordered.

Dated this <u>20th</u> day of <u>October</u>, 2003, at Hartford, Connecticut.

                                                          Alvin W. Thompson
                                       United States District Judge



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALAN LEGAT | : |
| VS. | : NO. 3:03CV1485(AWT) |
| BRIAN HUBBS, ANTHONY'S SERVICE STATION, INC. and TOWN OF PLAINVILLE | : OCTOBER 6, 2003 |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and Local Civil Rule 38, undersigned counsel for the parties conferred on October 6, 2003. The participants were **John R. Williams** for the plaintiff; and for the defendants Hubbs and Town of Plainville **Joseph M. Musco**.

I. CERTIFICATION

Undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with their clients, have developed the following proposed case management plan. Counsel further certify that they have forwarded a copy of this report to their clients.

This 26(f) Report is hereby **APPROVED**.
Discovery should be completed by October 1, 2004.
Dispositive motions, if any, shall **be filed on or before** November 1, 2004.
It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT   10 / 17 / 03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALAN LEGAT, | : | CIVIL ACTION NUMBER: |
|     *Plaintiff,* | : | |
| | : | 3:03CV01485(AWT) |
| VS. | : | |
| | : | |
| BRIAN HUBBS, | : | |
| ANTHONY'S SERVICE | : | |
| STATION, INC.   and | : | |
| TOWN OF PLAINVILLE | : | |
|     *Defendants.* | : | OCTOBER 6, 2003 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES
AND REQUESTS FOR PRODUCTION**

Pursuant to Local Rule 7(b), the plaintiff, ALAN LEGAT, respectfully requests an extension of time of sixty (60) days, up to and including DECEMBER 31, 2003, to comply with Defendants' Interrogatories and Requests for Production, dated OCTOBER 2, 2003.

In support of this motion, plaintiffs represent as follows:

1.   They were served with defendants' Interrogatories and Request for Production on or about October 2, 2003.

1

*Extension GRANTED, absent objection, to and including December 31, 2003. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT   10/17/03*

B

FILED

2003 OCT -9 P 12: 12

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALAN LEGAT | ) |
| Plaintiff | ) Civil No. 3:03CV01485(AWT) |
| v. | ) |
| ANTHONY'S SERVICE STATION, et al | ) |
| Defendants | ) October 8, 2003 |

## OBJECTION TO DEFAULT, MOTION FOR EXTENSTION OF TIME TO PLEAD AND PRO SE APPEARANCE

The defendant, Anthony's Service Stations, Inc., hereby objects to the plaintiff's September 29, 2003, motion for default. Further, the defendant, Anthony's Service Stations, Inc., respectfully moves this court for an extension of time to plead through and including November 8, 2003. The defendant, Anthony's Service Stations, Inc., through its president Robert Guerriere, asks this court to enter a pro se appearance for it. Currently the defendant, Anthony's Service Station, Inc., is working through its insurance company to obtain counsel. The defendant, Anthony's Service Stations, Inc., hopes to obtain counsel and be in a position to plead on or before November 8, 2003.

Defendant, Anthony's Service Station, Inc.

By: _____
Robert Guerriere, Its President
136 East Main St.
Plainville CT  06062
(860) 747-5791

DENIED, because a corporation can not appear pro se. However, the court will not act on the request for entry of default until after November 8, 2003. It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT   10/17/03

# Jon L. Schoenhorn & Associates

97 Oak Street ■ Hartford, CT ■ 06106-1515

Attorneys At Law

Telephone: (860) 278-3500
Fax: (860) 278-6393
E-Mail: CIVLRIGHTS@AOL.COM

Jon L. Schoenhorn*†
T.J. Morelli-Wolfe ˇ
Matthew D. Dyer

* Also admitted in the District of Columbia
ˇ Also admitted in New York
† National Board Certified Civil & Criminal Trial Specialist

RECEIVED
Oct 16  1 52 PM '03

ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

October 16, 2003

The Honorable Robert N. Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06106

    **Re: *Walczyk, et al. v. Rio, et al.*, Civil Action No. 3:02CV1536 (RNC)**

Dear Judge Chatigny:

  The plaintiffs in the case referenced above seek permission to file dispositive motions, particularly a motion for summary judgment, and to request a pre-filing conference in order to narrow the issues to be tried and to minimize the expense and time involved in this case. Despite the defendants' claim to the contrary, the plaintiffs feel that preliminary conversations have not been held in good faith and that a judicially monitored conference would produce more fruitful results than the current negotiations. The defendants refuse to acknowledge their blatantly illegal conduct and have been unwillingly to assess their culpability in good faith.

  I certify that this correspondence has been mailed, first class postage prepaid, to all counsel of record.

  Do not hesitate to contact me if there are any questions or concerns.

       Very Truly Yours,

---

**October 17, 2003.**  <u>Walczyk, et al., v. Rio, et al.,</u>
        Case Number 3:02CV1536(RNC)

The Clerk will docket this letter. Treating this as a request for a prefiling conference, the request is granted. So ordered.

           Robert N. Chatigny, U.S.D.J.