**Jon L. Schoenhorn & Associates**
97 Oak Street ■ Hartford, CT ■ 06106-1515

Jon L. Schoenhorn *†
T.J. Morelli-Wolfe ˇ
Matthew D. Dyer
\* Also admitted in the District of Columbia
ˇ Also admitted in New York
† National Board Certified Civil & Criminal Trial Specialist

RECEIVED
Oct 16  1 52 PM '03
CHATIGNY
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

Attorneys At Law
Telephone: (860) 278-3500
Fax: (860) 278-6393
E-Mail: CIVLRIGHTS@AOL.COM

October 16, 2003

The Honorable Robert N. Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06106

    Re: *Walczyk, et al. v. Rio, et al.*, Civil Action No. 3:02CV1536 (RNC)

Dear Judge Chatigny:

    The plaintiffs in the case referenced above seek permission to file dispositive motions, particularly a motion for summary judgment, and to request a pre-filing conference in order to narrow the issues to be tried and to minimize the expense and time involved in this case. Despite the defendants' claim to the contrary, the plaintiffs feel that preliminary conversations have not been held in good faith and that a judicially monitored conference would produce more fruitful results than the current negotiations. The defendants refuse to acknowledge their blatantly illegal conduct and have been unwillingly to assess their culpability in good faith.

    I certify that this correspondence has been mailed, first class postage prepaid, to all counsel of record.

    Do not hesitate to contact me if there are any questions or concerns.

        Very Truly Yours,

October 17, 2003.    *Walczyk, et al., v. Rio, et al.,*
                      Case Number 3:02CV1536(RNC)

The Clerk will docket this letter. Treating this as a request for a prefiling conference, the request is granted. So ordered.

                Robert N. Chatigny, U.S.D.J.