UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS WALCZYK, ET AL., : | |
| Plaintiffs, : | |
| v. : | CASE NO. 3:02CV1536 (RNC) |
| JAMES RIO, ET AL., : | |
| Defendants. : | |

SCHEDULING ORDER

After a telephonic status conference held on October 20, 2003 at which the plaintiffs were represented by Attorney Jon L. Schoenhorn and the defendants were represented by John J. Radshaw, III, it is hereby ORDERED:

1. Motions for summary judgment, if any, shall be filed by **January 12, 2004**.

2. If no summary judgment motion is filed, the parties' joint trial memorandum shall be filed by **February 28, 2004**. If a summary judgment motion is filed, the joint trial memorandum shall be due within 30 days of the court's ruling on the motion for summary judgment.

It is so ordered.

Dated at Hartford, Connecticut this 22nd day of October, 2003.

Donna F. Martinez
United States Magistrate Judge