**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

THOMAS WALCZYK, ET AL : NO.: 3:02CV1537 (RNC)
:
v. :
:
JAMES RIO, ET AL : December 3, 2003

**MOTION TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO STRIKE RESPONSES TO REQUESTS FOR ADMISSIONS OUT OF TIME**

The defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN, hereby move to file their Memorandum of Law in Opposition to the Plaintiff's Motion to Strike Responses to Requests for Admissions out of time. Said response was due on or about October 25, 2003.

In support of this motion, the defendants offer as follows:

1. While mindful that our local rules allow the disposition of a motion in the absence of objection, the defendants submit that the plaintiffs will not suffer any prejudice if this opposition is considered by the court.
2. Discovery is complete and no further discovery is contemplated.
3. The matter is currently subject of settlement conference on December 17, 2003.
4. Dispositive motion deadlines have not been reached so the defendants' failure to timely respond will not affect the filing of said motions or the trial date of this matter.
5. Consideration of the defendants' memorandum of law in opposition will result in the fairest adjudication of the subject now in dispute.

WHEREFORE, the defendants pray that their Motion to file Memorandum of Law in Opposition to Plaintiff's Motion to Strike Responses to Requests for Admissions is granted.

**ORAL ARGUMENT IS NOT REQUESTED**

THE DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 3rd day of December 2003.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

/s/ John J. Radshaw, III
John J. Radshaw, III