


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A for MICHELLE WALCZYK, a minor child. | CIVIL ACTION NO. 3:02CV1536(RNC) |
| Plaintiffs | |
| v. | |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND, SHAWN BROWN | |
| Defendants | DECEMBER 19, 2003 |

### MOTION TO COMPEL DISCOVERY AND REQUEST FOR SANCTIONS

Pursuant to Federal Rule of Civil Procedure 37, the Plaintiffs, by and through their undersigned attorney, hereby move to compel the defendants to disclose whether they have ever been the subject of any disciplinary proceeding, either formal or informal, for alleged violations of search and seizure law, lack of probable cause, or improper arrest. The plaintiffs further seek the expenses and costs incurred by filing this motion, including attorney's fees. In support hereof, the plaintiffs submit the following:

1. That these questions were asked of the defendants at each deposition.

2. That defense counsel objected and directed each defendant not to answer these questions.

3. That the answers to these questions are pertinent to determine the reasonableness of the officers' belief in the lawfulness of their actions.

4. That the undersigned certifies that he conferred in good faith with the defendants' counsel in an attempt to secure the answers to these questions without resorting to

court action.

WHEREFORE, the plaintiffs respectfully request that this motion be granted.

THE PLAINTIFFS

By: _____
Jon L. Schoenhorn
Their Attorney

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 19th day of December, 2003 to the following counsel of record:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

_____
Jon L. Schoenhorn