UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

December 23, 2003

1:00 p.m.

CASE NO. **3:02CV1536 (RNC)**   **Walczyk, et al. V. Rio, et al.**

COUNSEL OF RECORD:

| | |
|---|---|
| Thomas R. Gerarde | Howd & Ludorf<br>65 Wethersfield Ave.<br>Hartford, CT 06114-1190<br>860-249-1361<br>860-249-7665 (fax)<br>tgerarde@hl-law.com |
| David S. Monastersky | Howd & Ludorf<br>65 Wethersfield Ave.<br>Hartford, CT 06114-1190<br>860-249-1361<br>860-249-7665 (fax)<br>dmonastersky@hl-law.com |
| John J. Radshaw, III | Howd & Ludorf<br>65 Wethersfield Ave.<br>Hartford, CT 06114-1190<br>860-249-1361<br>860-249-7665 (fax)<br>jradshaw@hl-law.com |
| Jon L. Schoenhorn | Law Offices Of Jon L. Schoenhorn<br>97 Oak St.<br>Hartford, CT 06106<br>860-278-3500<br>860-278-6393 (fax)<br>civlrights@aol.com |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK