

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A for MICHELLE WALCZYK, a minor child. | CIVIL ACTION NO. 3:02CV1536(RNC) |
| Plaintiffs | |
| v. | |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND, SHAWN BROWN | |
| Defendants | MAY 14, 2003 |

### MOTION TO STRIKE

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the plaintiffs, by and through their undersigned attorney, hereby move this Court to strike certain portions of the defendants' May 6, 2003 Answer and Affirmative Defenses to Amended Complaint as they are argumentative and do not appropriately respond to the plaintiffs' averments, thereby violating

---

December 23, 2003
Walczyk, et al., v. Rio, et al., 3:02CV1536 (RNC)

Re:  Motion to Strike [Doc. #23]

Denied.  Motions to strike assertions in a pleading as immaterial are disfavored.  They are granted only when the assertions can have no possible bearing on the subject matter of the litigation.  Schramm v. Kischell, 84 F.R.D. 294, 299 (D. Conn. 1979).  Measured against this standard, none of the the four sentences plaintiffs seek to strike may be stricken.  Three of them (paragraphs 2-4 of the motion to strike) assert that certain warrants were valid, addressing a matter that is at the heart of this litigation.  The other makes an assertion about the basis for plaintiff Thomas Walczyk's initial trespass complaint, which also bears on the subject matter of this litigation, since it bears on the defendants' probable cause to suspect Walczyk of violating the law.  So ordered.

Robert N. Chatigny, U.S.D.J.