31

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

THOMAS WALCZYK, ET AL  :  NO.: 3:02CV1536(RNC)

v.  :

JAMES RIO, ET AL  :  SEPTEMBER 15, 2003

## MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Fed.R.Civ.P. 15, the defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN, hereby move to amend their Answer and Affirmative Defenses.

In support of this motion, the defendants offer as follows:

1. The depositions of the plaintiffs were completed in late July 2003;

2. Based in part on the testimony elicited at the deposition, the defendants now move to add two affirmative defenses: failure to exhaust administrative remedies and absolute judicial immunity;

3. A copy of the proposed Amended Answer and Affirmative Defenses is

---

December 23, 2003
Walczyk, et al., v. Rio, et al., 3:02CV1536 (RNC)

Re: Motion to Amend Answer and Affirmative Defenses [Doc. #31]

Granted. Plaintiffs contend that permitting defendants to plead the proposed affirmative defenses of absolute judicial immunity and failure to exhaust administrative remedies would cause undue prejudice to them because the defendants have already been deposed. I see no such risk. The defense of absolute judicial immunity calls for a ruling on a matter of law, not a matter of fact as to which deposition testimony would be relevant, and the defense of failure to exhaust administrative remedies raises issues regarding plaintiffs' conduct, not defendants'. Since the proposed amendment would cause no undue prejudice, and no other reason for refusing to permit the amendment has been advanced, the motion to amend is hereby granted. So ordered.



Robert N. Chatigny, U.S.D.J.