UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 31 A

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| THOMAS WALCZYK, ET AL., : | |
| Plaintiffs, : | |
| v. : | CASE NO. 3:02CV1536 (RNC) |
| JAMES RIO, ET AL., : | |
| Defendants. : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___  To conduct settlement conferences (orefmisc./cnf);

___  To conduct a prefiling conference (orefmisc./cnf);

___  To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_  A ruling on the following pending motions (orefm.):_____
Motion to Compel Discovery and Request for Sanctions [doc. 45]

So ordered.

Dated at Hartford, Connecticut this 30 day of December 2003.

Robert N. Chatigny
United States District Judge