UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 29 P 2: 30

U.S. DISTRICT COURT
HARTFORD, CT.

THOMAS WALCZYK, ET AL         :      NO.: 3:02CV1536 (RNC)

v.                            :

JAMES RIO, ET AL              :      December 24, 2003

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

The defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN, hereby move to enlarge the time in which to file their Motion for Summary Judgment from January 12, 2004 until February 2, 2004.

In support of this motion, the defendants offer as follows:

1. On Tuesday, December 23, 2003, this matter was the subject of a settlement conference before Magistrate Martinez.
2. While the matter did not settle, the discussions were helpful to both parties.
3. The parties concluded that the contemplated cross dispositive motions would be the next step in the progress of this case.
4. Currently, the scheduling order has set January 12, 2004 as the deadline for filing dispositive motions.
5. Because of the holidays, counsel's trial schedule, the multiplicity of the complex constitutional issues involved in the defendants' dispositive motion, a small enlargement of time is warranted to facilitate prompt filing.
6. The undersigned counsel for the defendants has spoken with Attorney Schoenhorn and he has no objection to this enlargement of time.
7. Accordingly, the defendants seek an enlargement of time from January 12, 2004 until February 2, 2004 in which to file their dispositive motion.

WHEREFORE, the defendants pray that their Motion for Enlargement of Time is granted.

> THE DEFENDANTS,
> JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN
>
> /s/ John J. Radshaw, III
> John J. Radshaw, III, ct19882
> HOWD & LUDORF
> 65 Wethersfield Avenue
> Hartford, CT 06114
> (860) 249-1361
> (860) 249-7665 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 24th day of December 2003.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

/s/ John J. Radshaw, III
John J. Radshaw, III