UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A. for MICHELLE WALCZYK, a minor child, | : | CIVIL ACTION NO. 3:02CV1537 (RNC) |
| Plaintiffs | : | |
| v. | : | |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN, | : | |
| | : | February 2, 2004 |
| Defendants | | |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiffs Thomas Walczyk *et al* have manually filed exhibits A through T that were attached to the Rule 56(a)1 Statement in support of Summary Judgement.

These documents have not been filed electronically because the documents cannot conveniently be converted to an electronic format and/or the electronic file size of the documents exceeds 1.5 megabytes.

Respectfully submitted,

By: _____
Jon L. Schoenhorn ct00119
Their Attorney
Jon L. Schoenhorn & Associates
97 Oak Street, Hartford, CT 06106
Tel (860) 278-3500

---

JON L. SCHOENHORN & ASSOCIATES
ATTORNEYS AT LAW
97 OAK STREET ■ HARTFORD, CT 06106 ■ TEL. (860) 278-3500 ■ JURIS NO. 406505 ■ FEDERAL BAR NO. ct 00119

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, to the following counsel of record, this 2nd day of February 2004:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

                                                    */s/ Jon L. Schoenhorn*
                                                    Jon L. Schoenhorn