**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02 CV 1536 (RNC) |
| v. | : | |
| JAMES RIO, ET AL | : | FEBRUARY 2, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### AS TO THE CLAIMS OF MAXIMINA AND MICHELLE WALCZYK

The defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN, submit that no material facts are in dispute and move that summary judgment enter in their favor as to all allegations of the plaintiff's Amended Complaint dated April 7, 2003.

This Motion is directed to the claims of Maximina and Michelle Walczyk, only. In support of this Motion, the defendants offer as follows:

1. The plaintiffs' Second, Fourth, Eighth, and Fourteenth Amendment claims fail to state a claim upon which relief may be granted;
2. The plaintiffs' claims are barred by the doctrine of qualified immunity;
3. The plaintiffs' claims do not implicate that clearly-established constitutional rights were violated;
4. Having disposed of the federal claims, the court should decline jurisdiction over the pendant state law claims and dismiss them;
5. The plaintiffs fail to state a claim upon which relief may be granted based on the Connecticut Constitution; and
6. The plaintiffs' claims based on the Connecticut Constitution are barred by the doctrine of qualified/governmental immunity.

As required by Local Rule, a memorandum of law and statement of material facts, supported by affidavits, exhibits and other admissible evidence, is filed herewith.

**ORAL ARGUMENT REQUESTED**

WHEREFORE, the defendants pray that their Motion for Summary Judgment is granted.

THE DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN

/s/ John J. Radshaw, III
Thomas R. Gerarde, ct05640
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

### CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 2nd day of February 2004.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

/s/ John J. Radshaw, III
John J. Radshaw, III