UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02 CV 1536 (RNC) |
| v. | : | |
| JAMES RIO, ET AL | : | FEBRUARY 2, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### AS TO THE CLAIMS OF THOMAS WALCZYK

The defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN, submit that no material facts are in dispute and move that summary judgment enter in their favor as to all allegations of the plaintiff's Amended Complaint dated April 7, 2003.

This Motion is directed to the claims of Thomas Walczyk, only. In support of this Motion, the defendants offer as follows:

1. The plaintiff's Due Process claims fail as a matter of law;
2. The plaintiff's claims that his Equal Protection rights secured to him by the Fourteenth Amendment were violated fails to state a claim upon which relief may be granted;
3. The plaintiff's claims that his Second Amendment rights were violated fails to state a claim upon which relief may be granted;
4. The plaintiff's claims that his Eighth Amendment rights were violated fails to state a claim upon which relief may be granted;
5. The plaintiff's claims are barred by the doctrine of qualified immunity;
6. The plaintiff's claims do not implicate that clearly-established constitutional rights were violated;
7. Having disposed of the federal claims, the court should decline jurisdiction over the pendant state law claims and dismiss them;
8. The plaintiff fails to state a claim upon which relief may be granted based on the Connecticut Constitution; and

### ORAL ARGUMENT REQUESTED

9. The plaintiff's claims based on the Connecticut Constitution are barred by the doctrine of qualified/governmental immunity.

As required by Local Rule, a memorandum of law and statement of material facts, supported by affidavits, exhibits and other admissible evidence, is filed herewith.

WHEREFORE, the defendants pray that their Motion for Summary Judgment is granted.

THE DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN

/s/ John J. Radshaw, III
Thomas R. Gerarde, ct05640
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 2nd day of February 2004.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

/s/ John J. Radshaw, III
John J. Radshaw, III