UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A for MICHELLE WALCZYK, a minor child. | : : : : : | CIVIL ACTION NO. 3:02CV1537 (RNC) |
| Plaintiffs | : : | |
| v. | : : | |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND, SHAWN BROWN | : : : : | |
| Defendants | : | FEBRUARY 20, 2004 |

## MOTION TO STRIKE

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the plaintiffs, by and through their undersigned attorney, hereby move this Court to strike certain portions of the defendants February 2, 2004 Local Rule 56 Statement in Support of Defendants Motions for Summary Judgment. Pursuant to Conn. Gen. Stat. §54-142a(c) the plaintiffs move to strike any and all references to the incident on July 30, 1990 involving Thomas Walczyk due to the fact that the case was nolled.

In particular, the plaintiffs seek to strike the following:

1. Paragraph 10 of the defendants February 2, 2004 Local Rule 56 Statement in Support of Defendants Motions for Summary Judgment in its entirety.

2. Paragraph 11 of the defendants February 2, 2004 Local Rule 56 Statement in Support of Defendants Motions for Summary Judgment in its entirety.

3. Exhibit K of the defendant s Motion for Summary Judgment, the police report

        filed by Claudia Marek dated July 30, 1990.

4. Any and all documents and/or references to the July 30, 1990 incident in the defendant s Motion for Summary Judgment.

5. Any and all documents and/or references to the July 30, 1990 incident which the defendants have entered into the record in this case.

                              THE PLAINTIFFS

By: _____
     Jon L. Schoenhorn
     97 Oak Street
     Hartford, CT  06106
     Telephone No. (860)  278-3500
     Fed Bar No.: ct00119
     Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this ____ day of February, 2004 to the following counsel of record:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

_____
Jon L. Schoenhorn