UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A for MICHELLE WALCZYK, a minor child. | : : : : : | CIVIL ACTION NO. 3:02CV1537 (RNC) |
| Plaintiffs | : : | |
| v. | : : | |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND, SHAWN BROWN | : : : : | |
| Defendants | : | FEBRUARY 20, 2004 |

**PLAINTIFFS MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO STRIKE**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the plaintiffs are seeking to strike certain portions of the defendants February 2, 2004 Local Rule 56 Statement in Support of Defendants Motions for Summary Judgment. Furthermore, the plaintiffs seek to remove any and all references and/or documents from the record relating to the July 30, 1990 incident during which Thomas Walczyk was charged with a violation of Conn. Gen. Stat. §53a-22, Threatening. Subsequently, the State s Attorney entered a disposition of nolle prosequi. Pursuant to Conn. Gen. Stat. §54-142a(c) the plaintiffs move to strike any and all references and/or documents relating to the incident on July 30, 1990 involving Thomas Walczyk due to the fact that the case was nolled. Said statute states in relevant part that:

> Whenever any charge in a criminal case has been nolled in the Superior Court, or in the Court of Common Pleas, if at least thirteen months have elapsed since such nolle, all police and court records and records of the state's or prosecuting attorney or the prosecuting grand juror pertaining to such charge shall be erased.

Rule 12(f) allows the court to  order stricken from any pleading. . .any redundant,