UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A. for MICHELLE WALCZYK, a minor child, | : : : : | CIVIL ACTION NO. 3:02CV1537 (RNC) |
| Plaintiffs | : : | |
| v. | : : | |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN, | : : : : | |
| Defendants | : | FEBRUARY 20, 2004 |

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO FILE OVERLONG [sic] BRIEF IN SUPPORT OF SUMMARY JUDGEMENT**

The plaintiffs, Thomas Walczyk, *et al*, hereby object to the defendants' motion to file an overlong brief in support of their motion for summary judgement as to plaintiff Thomas Walczyk. The defendants state that their brief has a page count of 43, when in actuality the total page count is 68, (with a line-spacing clearly less then double) taking into account the defendants' unreasonable filing of separate motions for individual plaintiffs and the multiple incorporations by reference in each of the three separate briefs.

Moreover, Local Rule 7(a)2 of the U. S. District Court Rules of Civil Procedure, clearly states that such documents "shall not exceed forty (40) 8½" by 11" pages of double spaced standard typographical print... except with permission of the court." However, in their request to file an overlong brief the defendants make no mention of a lesser line spacing, which clearly on the face of the documents is less then double spaced, in violation of Local Rule 7(a)2. The defendants merely requested permission to file an additional 3 pages rather than the 28 additional

pages they actually filed not even taking into account the improper diminished line spacing.

  WHEREFORE, the plaintiffs request that the defendants motion to file an overlong brief be denied.

                        THE PLAINTIFFS,

                   By: _____
                     Jon L. Schoenhorn  ct00119
                     Jon L. Schoenhorn & Associates
                     97 Oak Street, Hartford, CT 06106
                     Tel. (860) 278-3500

## CERTIFICATION

  I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, to the following counsel of record, this ___ day of February 2004:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

                   _____
                     Jon L. Schoenhorn