35

DENIED. Fed. R. Civ. P. 12(f) permits a court to strike matter only from "pleadings." This motion asks the court to strike matter from defendants' responses to plaintiff's requests for admission, which are not "pleadings" as defined in Fed. R. Civ. P. 7(a). SO ORDERED.

Donna F. Martinez U.S.M.J.
2/26/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A for MICHELLE WALCZYK, a minor child. | : CIVIL ACTION NO. 3:02CV1536(RNC) |
| Plaintiffs | : |
| v. | : |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND, SHAWN BROWN | : |
| Defendants | : OCTOBER 1, 2003 |

### MOTION TO STRIKE DEFENDANTS' RESPONSES
### TO PLAINTIFFS' REQUESTS FOR ADMISSION

Pursuant to Federal Rules of Civil Procedure 12(f), the plaintiffs, by and through their undersigned attorney, hereby move this Court to strike certain portions of the Defendants' Responses and Objections to Plaintiffs' Request for Admissions, dated September 4, 2003 as they are argumentative and do not appropriately respond to the plaintiffs' averments, thereby violating Fed. Rule of Civ. Pro. 36. In general, the plaintiffs submit that, although the defendants responded to their request for admission disingenuously and the plaintiffs could have objected to each of them, they have limited their objections to the most egregious responses. The plaintiffs further submit that, in striking these portions, the paragraphs in question should be deemed admitted or, in the alternative, the Court should order the defendants to respond appropriately. In particular, the plaintiffs seek to strike the following:

1.    The response to Paragraph 4, which states "[i]t is admitted, that Thomas Walczyk called the Farmington Police Department on August 30, 1999 to report that a locked gate with a

---
JON L. SCHOENHORN & ASSOCIATES
ATTORNEYS AT LAW
97 OAK STREET • HARTFORD, CT 06106 • TEL. (860) 278-3500 • JURIS NO. 406505 • FEDERAL BAR NO. ct 00119