UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS WALCZYK, ET AL           :   NO.: 3:02 CV 1536 (RNC)

V.                              :

JAMES RIO, ET AL                :   FEBRUARY 2, 2004

### DEFENDANTS' MOTION TO FILE OVERLONG BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF THOMAS WALCZYK

The defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN, move for permission to file an overlong memorandum of law in support of their Motion for Summary Judgment as to the claims of Thomas Walczyk dated February 2, 2004. The defendants seek permission to file a brief with a page count of 43 pages. The 43rd page is comprised only of a signature block and certification required by the rules.

In support of this motion, the defendants offer as follows:

1. The plaintiff's complex complaint includes allegations claims violations of the Second, Fourth, Eighth and Fourteenth Amendments;
2. The factual predicate is complicated and required a great deal of background in order to place the plaintiff's claims in context;
3. Because the 43rd page is comprised only of a signature block and certification required by the rules, the defendants only seek two (2) additional pages beyond the limit set by the Local Rules.

WHEREFORE, the defendants pray that their Motion for Permission to File Overlong Brief is granted.