UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02CV1536 (RNC) |
| | : | 1536 |
| v. | : | |
| JAMES RIO, ET AL | : | FEBRUARY 23, 2004 |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b)1(a), the defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN, hereby move the Court for an enlargement of time of thirty (30) days, up to and including March 24, 2004, in which to file an a reply to plaintiff's motion for summary judgment.

The undersigned counsel has contacted counsel for the plaintiff, Attorney Jon L. Schoenhorn, and Attorney Schoenhorn has no objection to the granting of this motion.

The undersigned counsel also agrees to grant the plaintiffs an enlargement of time of thirty (30) days, up to and including March 24, 2004, in which to file a reply to the defendants' motions for summary judgment regarding Thomas Walczyk, Elizabeth Walczyk, Maximina and Michelle Walczyk .

This is the first request for an enlargement of time made by these defendants and plaintiffs relative to their motion for summary judgment.

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED