FILED

2004 MAR 19 P 3:48

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A for MICHELLE WALCZYK, a minor child.<br><br>Plaintiffs<br><br>v.<br><br>JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND, SHAWN BROWN<br><br>Defendants | CIVIL ACTION NO. 3:02CV1537 (RNC)<br><br><br><br><br><br><br><br><br><br>MARCH 19, 2004 |

### AFFIDAVIT OF JON L. SCHOENHORN

I, Jon L. Schoenhorn, an attorney at Jon Schoenhorn and Associates, 97 Oak Street, Hartford, Connecticut, being duly sworn, hereby depose and state as follows:

1. I am over the age of eighteen (18) years and understand the obligations of an oath.

2. That the issue of disclosure, regarding the disciplinary records of the defendants which is the subject of plaintiffs' Motion to Compel Discovery and Request for Sanctions dated December 19, 2003, was raised at the deposition of the above captioned defendants.

3. That the undersigned certifies that he, unsuccessfully, conferred in good faith with the defendants' counsel in an attempt to secure the answers to these questions without resorting to court action.

I hereby swear under penalties of perjury, that the foregoing is true to the best of my knowledge and belief.

_____
Jon L. Schoenhorn

STATE OF CONNECTICUT      :
                                                  :  ss. Hartford
COUNTY OF HARTFORD       :

Subscribed and sworn to before me this 19 day of March, 2004.

_____
Notary Public/Commissioner
of the Superior Court

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid this 19th day of March, 2004 to the following counsel of record:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

_____
Jon L. Schoenhorn