UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, et al. | : | CIVIL ACTION NO. 3:02CV1537 (RNC) |
| Plaintiffs | : | |
| v. | : | |
| JAMES RIO, et al. | : | |
| Defendants | : | |
| | : | MARCH 24, 2004 |

## OBJECTION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

The defendants have filed a motion for summary judgment pursuant to Fed. R. Civ. Pro. 56. The plaintiff, Elizabeth Walczyk, herewith objects to said motion, and files the attached memorandum in opposition to the defendant s motion for summary judgment.

WHEREFORE, the plaintiff, Elizabeth Walczyk, asks the court to deny the defendants motion for summary judgment.

THE PLAINTIFF,

By: _____
Jon L. Schoenhorn  ct00119
Jon L. Schoenhorn & Associates

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, to the following counsel of record, this 24th day of March, 2004:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

_____
Jon L. Schoenhorn