UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, et al. | : | CIVIL ACTION NO. 3:02CV1537 (RNC) |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, et al. | : | |
| | : | |
| Defendants | : | |
| | : | MARCH 24, 2004 |

### OBJECTION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

The defendants have filed a motion for summary judgment pursuant to Fed. R. Civ. Pro. 56. The plaintiffs, Maximina Walczyk and Michelle Walczyk, herewith object to said motion, and files the attached memorandum in opposition to the defendant's motion for summary judgment.

WHEREFORE, the plaintiffs, Maximina Walczyk and Michelle Walczyk, ask the court to deny the defendants motion for summary judgment.

THE PLAINTIFFS,

By: _____
Jon L. Schoenhorn  ct00119
Jon L. Schoenhorn & Associates

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, to the following counsel of record, this 24th day of March, 2004:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

_____
Jon L. Schoenhorn