UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A for MICHELLE WALCZYK, a minor child. | : : : : : | CIVIL ACTION NO. 3:02CV1537 (RNC) |
| Plaintiffs | : : | |
| v. | : : | |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND, SHAWN BROWN | : : : : | |
| Defendants | : | MARCH 24, 2004 |

**OBJECTION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

The defendants have filed a motion for summary judgment pursuant to Fed. R. Civ. Pro. 56. The plaintiff, Thomas Walczyk, herewith files the instant memorandum in opposition to the defendant's motion for summary judgment.

WHEREFORE, the plaintiff, Thomas Walczyk, asks the court to deny the defendants motion for summary judgment.

THE PLAINTIFF,

By: _____
Jon L. Schoenhorn  ct00119
Jon L. Schoenhorn & Associates

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, to the following counsel of record, this 24th day of March, 2004:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

_____
Jon L. Schoenhorn