UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A. for MICHELLE WALCZYK, a minor child, | : : : : | CIVIL ACTION NO. 3:02CV1537 (RNC) |
| Plaintiffs | : : | |
| v. | : : | |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN, | : : : : | |
| Defendants | : | MARCH 24, 2004 |

**PLAINTIFFS OBJECTION MOTION FOR SUMMARY JUDGEMENT AS TO THE CLAIMS MAXIMINA AND MICHELLE WALCZYK**

**Statement of Facts**

The plaintiffs incorporate by reference the summary of facts set forth in their Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment dated February 2, 2004.

**Standard for Summary Judgment**

The plaintiffs incorporate by reference their standard for summary judgment in their Objection to Defendants Motion for Summary Judgment as to the Claims of Thomas Walczyk.

1

**Second Amendment Claim**

The plaintiffs do not allege a violation of Second Amendment rights on behalf of Maximina or Michelle Walczyk.

**Fourteenth Amendment Claim**

The plaintiffs do not allege a violation of Fourteenth Amendment rights on behalf of Maximina or Michelle Walczyk.

**Eighth Amendment Claim**

The plaintiffs do not allege a violation of Eighth Amendment rights on behalf of Maximina and Michelle Walczyk.

**Forth Amendment Claim**

The defendants incorporate by reference the arguments set forth in their motion for summary judgment dated February 2, 2004. The defendants further incorporate by reference their arguments set forth in their objection to motion for summary judgment as to the claims of Thomas and Elizabeth Walczyk dated March 24, 2004.

**State Constitutional Claims**

The defendants incorporate by reference the arguments set forth in their motion for summary judgment dated February 2, 2004. The defendants further incorporate by reference their arguments set forth in their objection to motion for summary judgment as to the claims of Thomas Walczyk dated March 24, 2004.

**CONCLUSION**

For the foregoing reasons, the defendants motion for summary judgment should be denied.

THE PLAINTIFFS,

By: _____
Jon L. Schoenhorn ct00119
Their Attorney
Jon L. Schoenhorn & Associates
97 Oak Street, Hartford, CT 06106
Tel (860) 278-3500

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 24th day of March, 2004 to the following counsel of record:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

_____
Jon L. Schoenhorn