CT/cymhrg (January 10, 2002)

HONORABLE **D.F. Martinez**
DEPUTY CLERK **R.K. Wood**   RPTR/ERO/**TAPE**

TOTAL TIME: ___ hours **18** minutes

DATE **3/26/04**   START TIME **9:51 a.m.**   END TIME **10:09 a.m.**
LUNCH RECESS FROM _____ TO _____
RECESS FROM **10:01 a.m.** TO **10:06 a.m.** (if more than 1/2 hour)

**Walczyk**

CIVIL NO. **3:02CV1536(RNC)**

**J. Schoenhorn**
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**John Radshaw**
Defendants Counsel

**Rio**

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ .... # **45**   Motion **to Compel & Request for Sanctions**   ☐ granted ☐ denied ☑ advisement

_____ Hearing continued until _____ at _____