03CV1537mcomp

GRANTED in part, DENIED in part. The plaintiffs' motion to compel discovery is GRANTED. The information sought is reasonably calculated to lead to the discovery of admissible evidence. See Fed. R. Civ. P. 26(b)(1). The plaintiffs' request for sanctions is DENIED. The parties are reminded of their meet and confer obligations under both the federal and local rules of procedure to resolve any differences and present to the court only those issues of discovery that are necessary for the full weight of judicial authority. SO ORDERED.

Donna F. Martinez, U.S.M.J.
3/26/04



FILED
2004 MAR 29 P 5: 21
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A for MICHELLE WALCZYK, a minor child.

  Plaintiffs

v.

JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND, SHAWN BROWN

  Defendants

CIVIL ACTION NO. 3:02CV1536(RNC)

DECEMBER 19, 2003

## MOTION TO COMPEL DISCOVERY AND REQUEST FOR SANCTIONS

Pursuant to Federal Rule of Civil Procedure 37, the Plaintiffs, by and through their undersigned attorney, hereby move to compel the defendants to disclose whether they have ever been the subject of any disciplinary proceeding, either formal or informal, for alleged violations of search and seizure law, lack of probable cause, or improper arrest. The plaintiffs further seek the expenses and costs incurred by filing this motion, including attorney's fees. In support hereof, the plaintiffs submit the following:

1. That these questions were asked of the defendants at each deposition.

2. That defense counsel objected and directed each defendant not to answer these questions.

3. That the answers to these questions are pertinent to determine the reasonableness of the officers' belief in the lawfulness of their actions.

4. That the undersigned certifies that he conferred in good faith with the defendants' counsel in an attempt to secure the answers to these questions without resorting to

JON L. SCHOENHORN & ASSOCIATES
ATTORNEYS AT LAW
97 OAK STREET ■ HARTFORD, CT 06106 ■ TEL. (860) 278-3500 ■ JURIS NO. 406505 ■ FEDERAL BAR NO. ct 00119