UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS WALCZYK, ELIZABETH : <br> WALCZYK, MAXIMINA WALCZYK, : <br> individually and as P.P.A. for MICHELLE: <br> WALCZYK, a minor child, : <br>   : <br>   Plaintiffs : <br>   : <br> v. : <br>   : <br> JAMES RIO, BRIAN KILLIANY, JAMES : <br> JEPSEN, WILLIAM TYLER, ANGELA : <br> DESCHENES AND SHAWN BROWN, : <br>   : <br>   Defendants | CIVIL ACTION NO. 3:02CV1536 (RNC) <br><br><br><br><br><br><br><br><br><br> MARCH 30, 2004 |

ERRATA SHEET REGARDING TYPOGRAPHICAL ERRORS IN PLAINTIFFS
OBJECTION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT
AS TO THE CLAIMS OF THOMAS WALCZYK

The following errata sheet is to notify the court of typographical errors contained

within plaintiffs objection to defendants motion for summary judgment as to the claims of

Thomas Walczyk dated March 24, 2004.

**Page 2, Line 17**
**Original Text:** documents violated state law because they dismissed and erased matters.
**Corrected Text**: documents violated state law because they involved dismissed and erased matters.

**Page 2, Line 20**
**Original Text:** categorically. First, Thomas Walczyk possess no automatic weapons pursuant to Conn.
**Corrected Text:** categorically false. First, Thomas Walczyk possess no automatic weapons pursuant to Conn.

**Page 3, Line 5**
**Original Text:**   minor, however offer no support in their motion for the validity of such charges.  Since the
**Corrected Text:**   minor.  However they offer no support in their motion for the validity of such charges.  Since the

**Page 3, Line 7**
**Original Text:**   original threatening charge contained in the warrant, the court simply can not rule in there
**Edited Text:**   original threatening charge contained in the warrant, the court simply can not rule in their

**Page 9, Line 2**
**Original Text:**   Walczyk s, law gun collection.
**Edited Text:**   Walczyk s, lawful gun collection.

**Page 17, Line 17**
**Original Text:**   ( mere  evidentiary materials may be validly seized as well as instrumentalities, prints,
**Edited Text:**   ( mere  evidentiary materials may be validly seized as well as instrumentalities,

**Page 23, Line 7**
**Original Text:**   The facts in the instant case are even more egregious than that of *Groh,* not only did the
**Edited Text:**   The facts in the instant case are even more egregious than that of *Groh.* Not only did the

**Page 24, Line 2**
**Original Text:**   citing the language of *Binette*, state:
**Edited Text:**   citing the language of *Binette*, states:

                                    THE PLAINTIFFS,

                            By:   /s/ Jon L. Schoenhorn
                                    Jon L. Schoenhorn ct00119
                                    Their Attorney
                                    Jon L. Schoenhorn & Associates
                                    97 Oak Street, Hartford, CT 06106
                                    Tel (860) 278-3500

## CERTIFICATION

     This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 30th day of March, 2004 to the following counsel of record:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

                                              _____
                                              Jon L. Schoenhorn