UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02CV1536 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | APRIL 8, 2004 |

**NOTICE OF COMPLIANCE WITH COURT ORDER COMPELLING DISCOVERY**

      Defendants hereby give notice that they have complied with the Order of Honorable Donna Martinez, U.S.M.J. filed March 29, 2004 compelling discovery to the plaintiff.

      DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN

By __/s/ Thomas R. Gerarde____
   Thomas R. Gerarde, ct05640
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (fax)

**CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 8th day of April, 2004.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT  06106

                                                                ____/s/ Thomas R. Gerarde____
                                                                Thomas R. Gerarde