FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, individually and as P.P.A for MICHELLE WALCZYK, a minor child. | : CIVIL ACTION NO. 3:02CV1537 (RNC) |
| Plaintiffs | : |
| v. | : |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND, SHAWN BROWN | : |
| Defendants | : FEBRUARY 20, 2004 |

## MOTION TO STRIKE

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the plaintiffs, by and through their undersigned attorney, hereby move this Court to strike certain portions of the defendants' February 2, 2004 Local Rule 56 Statement in Support of Defendants' Motions for Summary Judgment. Pursuant to Conn. Gen. Stat. §54-142a(c) the plaintiffs move to strike any and all references to the incident on July 30, 1990 involving Thomas Walczyk due to the fact that the case was nolled.

In particular, the plaintiffs seek to strike the following:

1. Paragraph 10 of the defendants' February 2, 2004 Local Rule 56 Statement in Support of Defendants' Motions for Summary Judgment in its entirety.

2. Paragraph 11 of the defendants' February 2, 2004 Local Rule 56 Statement in Support of Defendants' Motions for Summary Judgment in its entirety.

3. Exhibit K of the defendant's Motion for Summary Judgment, the police report