UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, Individually and as P.P.A. for MICHELLE WALCZYK, a minor child. | : : : : | CIVIL ACTION NO. 3.02CV1537 (RNC) |
|     Plaintiffs | : : | |
| v. | : : | |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSON, WILLIAM TYLER, ANGELA DESCHENES AND SHARWN BROWN | : : : | |
|     Defendants | : | OCTOBER 8, 2004 |

**PLAINTIFF ELIZABETH WALCZYK S MOTION FOR RECONSIDERATION OF THE COURT S DENIAL OF THE PLAINTIFFS  MOTION FOR SUMMARY JUDGMENT**

    Pursuant to Local Rule 7(c), the plaintiff Elizabeth Walczyk, by and through her undersigned counsel, moves for reconsideration of this court s denial of the plaintiffs  Motion for Summary Judgment, only as to the claims of plaintiff Elizabeth Walczyk.  The plaintiff Elizabeth Walczyk respectfully submits that this court overlooked the particulars of her claim when it summarily denied summary judgment to all plaintiffs for the same set of reasons. Elizabeth Walczyk further submits that the defendants cannot raise a genuine issue of material fact as to her claim, pursuant to 42 U.S.C. § 1983, that the search of her home violated her federal and state constitutional rights to be free from unreasonable searches not conducted pursuant to a search warrant that is supported by probable cause.  Specifically, the content of the search warrant affidavit is not disputed.  Given the undisputed facts in this case and in light of <u>Groh v. Ramirez,</u> 540 U.S. 551, 124 S.Ct. 1284 (2004), a reasonable juror could not find for the defendants with respect to plaintiff Elizabeth Walczyk s claims.  Thus, this court should grant the plaintiffs

1

Motion for Summary Judgment as to the claims of Elizabeth Walczyk because she is entitled to a judgment in her favor as a matter of law.

In support of this Motion and in compliance with Local Rule 7 (c), the plaintiff Elizabeth Walczyk submits under separate cover and incorporates herein a memorandum of law setting forth the matters or authority which counsel believes this court overlooked in the initial decision.

WHEREFORE, the plaintiff Elizabeth Walczyk respectfully moves that this court grant this motion and the plaintiffs Motion for Summary Judgment as it relates to her claim.

```
                                        THE PLAINTIFF,
                                        ELIZABETH WALCZYK


                                    By: _/s/_____
                                        Jon L. Schoenhorn ct00119
                                        Her Attorney
                                        Jon L. Schoenhorn & Associates
                                        97 Oak Street, Hartford, CT 06106
                                        Tel (860) 278-3500
```

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, to the following counsel of record on the date of this pleading:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

```
                                        /s/_____
                                        Jon L. Schoenhorn
```

2