UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02 CV 1536 (RNC) |
| v. | : | |
| JAMES RIO, ET AL | : | OCTOBER 21, 2004 |

## NOTICE OF APPEAL

The defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN, hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the following Judgment or Order:

>Ruling and Order dated September 29, 2004 by *Chatigny, J.*, (Doc. No. 84) granting in part and denying in part the defendants' Motion for Summary Judgment dated March 29, 2004 as to the claims of Thomas Walczyk, (Doc. No. 59); the defendants' Motion for Summary Judgment dated March 29, 2004 as to the claims of Maximina and Michelle Walczyk, (Doc. No. 57); and the defendants' Motion for Summary Judgment dated March 29, 2004 as to the claims of Elizabeth Walczyk, (Doc. No. 55).

The Judgment or Order in this action was entered on the docket on October 1, 2004. A copy of the Judgment or Order is attached hereto as Exhibit A

THE DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES
JEPSEN, WILLIAM TYLER, ANGELA
DESCHENES and SHAWN BROWN

/s/ John J. Radshaw, III
Thomas R. Gerarde, ct05640
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 21st day of October 2004.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT  06106

/s/ John J. Radshaw, III
John J. Radshaw, III