UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL., | : | NO. :3:02 CV 1536 (RNC) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL., | : | |
|     Defendants. | : | OCTOBER 28, 2004 |

**PLAINTIFFS'S NOTICE OF CROSS-APPEAL**

Pursuant to Fed.R.App.P. 4(a)(1)(A) and Fed.R.App.P. 4(a)(3), the Plaintiffs, Thomas Walczyk, Elizabeth Walczyk, Maximina Walczyk, and Michelle Walczyk, by and through their undersigned counsel, hereby give notice of their cross-appeal.  The plaintiffs appeal to the United States Court of Appeals for the Second Circuit from the Ruling and Order dated September 29, 2004, by Chatigny, J., (Doc. No. 84), in which the district court (1) granted in part and denied in part the defendants' Motion for Summary Judgment dated March 29, 2004, as to the claims of Thomas Walczyk (Doc. No. 59), of Elizabeth Walczyk (Doc. No. 55), and of Maximina and Michelle Walczyk (Doc. No. 57); and (2) denied *in toto* the Plaintiffs' Motion for Summary Judgment (Doc. No. 54).  Specifically, the plaintiffs appeal those portions of the Ruling and Order that granted in part the defendants' motion for summary judgment and denied the plaintiffs' motion for summary judgment as to the claims of Plaintiff Elizabeth Walczyk.

The judgment or order in this action was entered on the docket on October 1, 2004.  The defendants filed their Notice of Appeal, pursuant to Fed.R.App.P. 4(a)(1)(A), on October 21, 2004.

        THE PLAINTIFFS,

        THOMAS WALCZYK
        ELIZABETH WALCZYK
        MAXIMINA WALCZYK
        MICHELLE WALCZYK

By: _____
    Jon L. Schoenhorn ct00119
    Their Attorney
    Jon L. Schoenhorn & Associates
    97 Oak Street, Hartford, CT 06106
    Tel (860) 278-3500

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, to the following counsel of record on the date of this pleading:

Thomas R. Gerarde, Esq.
John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

        _____
        Jon L. Schoenhorn