UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.:  3:02CV1537 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | NOVEMBER 29, 2004 |

## MOTION FOR ENLARGEMENT OF TIME
## NUNC PRO TUNC

Pursuant to Local Rule 9(b)1(a), the defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN, hereby move the Court for an enlargement of time of thirty (30) days, up to and including November 29, 2004, in which to file an a reply to plaintiff's motion for reconsideration dated October 8, 2004.

This is the first request for an enlargement of time made by these defendants relative to plaintiffs' motion for reconsideration.

WHEREFORE, the undersigned defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN, hereby requests that their Motion for Enlargement of Time, up to and including November 29, 2004, be granted.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES
JEPSEN, WILLIAM TYLER, ANGELA
DESCHENES AND SHAWN BROWN


By<u>/s/John J. Radshaw, III</u>
   John J. Radshaw, III
   ct19882
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (fax)
   E-mail:  jradshaw@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 29th day of November, 2004.

Jon L. Schoenhorn, Esquire  
Jon L. Schoenhorn & Associates  
97 Oak Street  
Hartford, CT  06106

                                                   /s/John J. Radshaw, III  
                                                 John J. Radshaw, III