UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | CIVIL ACTION NO. 3.02CV1537 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | DECEMBER 2, 2004 |

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF ELIZABETH WALCZYK'S MOTION FOR RECONSIDERATION OF THE COURT'S DENIAL OF THE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The plaintiffs, by and through their undersigned counsel, object to the defendants' Motion for Enlargement of Time Nunc Pro Tunc, filed on November 29, 2004. The plaintiffs submit that the defendants' motion does not comport with the requirements of the Rules of the United States District Court for the District of Connecticut, and consequently, this court may grant the plaintiff's motion for reconsideration pursuant to D.Conn.L.Civ.R. 7(b). Indeed, the defendants have, *inter alia*, cited the incorrect rule pursuant to which they moved for the extension of time. Thus, because the defendants have failed to move properly for such an extension, this court should deny their motion and grant that of the plaintiff Elizabeth Walczyk.

**Factual Background**

On October 8, 2004, the plaintiff Elizabeth Walczyk moved for reconsideration of this court's denial of the plaintiffs' Motion for Summary Judgment, only as to the claims of plaintiff Elizabeth Walczyk. The plaintiff specifically submitted that the court overlooked the particulars of her claim when it summarily denied summary judgment to all plaintiffs and that the court should reconsider its ruling in light of Groh v. Ramirez, 540 U.S. 551, 124 S.Ct. 1284 (2004), which had not been referenced or cited by any party in any motion or oral argument relating to summary judgment. The plaintiff Elizabeth Walczyk also submitted a memorandum of law

1

setting forth the matters or authority which counsel believed this court overlooked in the initial decision.

The plaintiffs note that because plaintiff Elizabeth Walczyk filed her motion (October 8, 2004) for reconsideration within ten days of the court's order denying the plaintiffs' motions for summary judgment (September 29, 2004), the period during which the parties must file notice of appeal for the court's ruling on the summary judgment motions will extend to thirty days after the court rules on the plaintiff's motion for reconsideration.  See Fed.R.Civ.P. 59(e); Fed.R.App.P. 4(a)(4)(A)(iv).  On October 21, 2004, the defendants filed a notice of appeal from the judgment of the court denying their motion for summary judgment.  The plaintiffs filed notice of cross-appeal from the judgment on October 28, 2004.  These notices of appeal will not become effective until this court has issued a decision as to the plaintiff's motion for reconsideration.  See Fed.R.App.P. 4(a)(4)(B)(i).

The defendants did not respond formally or informally to the plaintiff's motion until November 29, 2004, when they simultaneously filed a Motion for Enlargement of Time Nunc Pro Tunc and a Memorandum of Law in Opposition to Plaintiff's Motion for Reconsideration.  Local Rule 7(a) mandates that "all memoranda in opposition to any motion shall be filed within twenty-one (21) days of the filing of the motion."  D.Conn.L.Civ.R. 7(a).  The defendants did not request an extension of time or address the plaintiff's motion at all during this twenty-one day period.  Rather, the defendants waited fifty-two (52) days to address the issue.  See generally Fed.R.Civ.Pro. 6 (computation of time).

**Argument**

The defendants' motion should be denied for a bevy of reasons:

2

1. The defendants' request occurred thirty (31) days after the expiration of the time in which they could file an objection to the plaintiff's motion for reconsideration. D.Conn.L.Civ.R. 7(a).

2. The defendants moved for an extension of time pursuant to "Local Rule 9(b)1(a)", when the local rule that authorizes such an extension is Local Rule 7(b)2. Local Rule 9(b)1(a) does not exist, and Rule 7(b)1(a) relates to extensions which may be granted by the clerk, rather than the court, and does not apply to a response to a motion for reconsideration.

3. Local Rule 7(b)2 authorizes a court to grant an extension of time only where there is good cause shown, which "requires a particularized showing that the time limitation in question cannot reasonably be met despite the diligence of the party seeking the extension." D.Conn.L.Civ.R. 7(b)2. Here, the defendants have not even alleged good cause. In fact, their actions demonstrate otherwise, as they failed to exercise the diligence required to even make a timely <u>request</u> for an extension of time.

4. Moreover, Local Rule 7(b)3 requires that all motions for extensions of time include a statement of moving counsel indicating that opposing counsel has agreed or objected to the request, or that "despite diligent effort, [the moving party] cannot ascertain opposing counsel's position." D.Conn.L.Civ.R. 7(b)3. Here, the defendants have not included such a statement and have not contacted undersigned counsel to ascertain his position.

WHEREFORE, the plaintiffs respectfully request that this court deny the defendants' motion for an extension of time, disregard the defendants' untimely memorandum of law, and grant the plaintiff Elizabeth Walczyk's motion for reconsideration.

                                        THE PLAINTIFF,
                                        THOMAS WALCZYK, ET AL

By: _____
     Jon L. Schoenhorn ct00119
     Her Attorney
     Jon L. Schoenhorn & Associates
     97 Oak Street, Hartford, CT 06106
     Tel (860) 278-3500

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, to the following counsel of record on the date of this pleading:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 249-1361

                                                                _____
                                                                 Jon L. Schoenhorn

F:\SHARED\CLIENTS\Walczyk-Civil\Obj to Ext of Time for SJ reconsideration.wpd