FILED
2004 NOV 30 A 10: 47
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS WALCZYK, ET AL | NO.: 3:02CV1536(RNC) |
| v. | |
| JAMES RIO, ET AL | NOVEMBER 29, 2004 |

### MOTION FOR ENLARGEMENT OF TIME
### NUNC PRO TUNC

Pursuant to Local Rule 9(b)1(a), the defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN, hereby move the Court for an enlargement of time of thirty (30) days, up to and including November 29, 2004, in which to file an a reply to plaintiff's motion for reconsideration dated October 8, 2004.

This is the first request for an enlargement of time made by these defendants relative to plaintiffs' motion for reconsideration.

WHEREFORE, the undersigned defendants, JAMES RIO, BRIAN KILLIANY,

---

December 1, 2004.   Walczyk v. Rio
                    3:02CV01536 (RNC)

Re:  Motion For Enlargement of Time Nunc Pro Tunc (Doc. # 91).

Denied without prejudice. Counsel has failed to comply with Local Rule 7(b) in two ways. First, the motion does not show good cause as to why the deadline in question was not met. Second, counsel has not stated that they have inquired of opposing counsel whether there is agreement or objection to the motion. So ordered.

FILED
2004 DEC -7 A
U.S. DISTRICT COURT
HARTFORD, CT

Robert N. Chatigny, U.S.D.J.