

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, Individually and as P.P.A. for MICHELLE WALCZYK, a minor child. | CIVIL ACTION NO. 3.02CV1537 (RNC) 1536 |
| Plaintiffs | |
| v. | |
| JAMES RIO, BRIAN KILLIANY, JAMES JEPSON, WILLIAM TYLER, ANGELA DESCHENES AND SHARWN BROWN | |
| Defendants | OCTOBER 8, 2004 |

### PLAINTIFF ELIZABETH WALCZYK'S MEMORANDUM IN SUPPORT OF HER MOTION FOR RECONSIDERATION OF THE COURT'S DENIAL OF THE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(c), the plaintiff Elizabeth Walczyk, by and through her undersigned counsel, moves for reconsideration of this court's denial of plaintiffs' Motion for Summary Judgment, only as to the claims of plaintiff Elizabeth Walczyk, because Elizabeth Walczyk believes that this court failed to consider adequately her individual claim when it summarily denied the plaintiffs' Motion for Summary Judgment as it related to all plaintiffs. Elizabeth Walczyk respectfully urges this court to reconsider the merits of her particular claim

---

January 7, 2005.   <u>Walczyk v. Rio</u>
                   3:02CV01536 (RNC)

Re:  Motion For Reconsideration (Doc. # 86).

Granted. Upon reconsideration, the court adheres to its original ruling (Doc. # 84). So ordered.

Robert N. Chatigny  U.S.D.J.

1