UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.:  3:02CV1536 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | JANUARY 12, 2005 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e),  Attorney David S. Monastersky moves the Court for permission to withdraw his appearance filed on behalf of the defendants, James Rio, Brian Killiany, James Jepsen, William Tyler, Angela Deschenes and Shawn Brown, in the above-captioned matter.

Attorney Thomas R. Gerarde and Attorney John J. Radshaw, III, have filed an appearance on behalf of the defendants, James Rio, Brian Killiany, James Jepsen, William Tyler, Angela Deschenes and Shawn Brown.

        DEFENDANTS,
        JAMES RIO, BRIAN KILLIANY, JAMES
        JEPSEN, WILLIAM TYLER, ANGELA
        DESCHENES AND SHAWN BROWN

        By/s/David S. Monastersky
          David S. Monastersky, ct13319
          Howd & Ludorf, LLC
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (fax)
          E-Mail:  dmonastersky@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail to the following counsel of record this 12th day of January, 2005.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT  06106

                                            /s/David S. Monastersky
                                            David S. Monastersky