FILED

UNITED STATES DISTRICT COURT

2005 JAN 13 A 10: 54

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| THOMAS WALCZYK, ET AL | NO.: 3:02CV1536 (RNC) |
| v. | |
| JAMES RIO, ET AL | JANUARY 12, 2005 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Attorney David S. Monastersky moves the Court for permission to withdraw his appearance filed on behalf of the defendants, James Rio, Brian Killiany, James Jepsen, William Tyler, Angela Deschenes and Shawn Brown, in the above-captioned matter.

Attorney Thomas R. Gerarde and Attorney John J. Radshaw, III, have filed an appearance on behalf of the defendants, James Rio, Brian Killiany, James Jepsen, William Tyler, Angela Deschenes and Shawn Brown.

> DEFENDANTS,
> JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN
>
> By_____
> David S. Monastersky, ct13319
> Howd & Ludorf, LLC
> 65 Wethersfield Avenue
> Hartford, CT 06114
> (860) 249-1361
> (860) 249-7665 (fax)
> E-Mail: dmonastersky@hl-law.com

January 14, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED 2005 JAN 14 P 3: [?] U.S. DISTRICT COURT HARTFORD, CT