

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED
2005 MAR 28 P 1:43
U.S. DISTRICT COURT
NEW HAVEN, CT

*[Handwritten: Conn (New Haven) 02-CV-1536 Chatigny Martinez]*

*[Stamp: UNITED STATES COURT OF APPEALS FILED MAR 2 3 2005 Roseann B. MacKechnie, Clerk SECOND CIRCUIT]*

Roseann B. MacKechnie
CLERK

Date: 3/23/05
Docket Number: 04-5943-cv
Short Title: Walczyk v. Rio
DC Docket Number: 02-cv-1536
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Robert Chatigny

DC Initials CONN (New Haven)

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 23rd day of March two thousand five.

Walczyk v. Rio

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is
   ordered that the appeal from the order of The United States District
   Court for the District of Connecticut of New Haven be and it hereby is dismissed.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk
_____
By: Yvette Knight
Deputy Clerk

CERTIFIED: 3/23/05