UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02CV1536 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | MARCH 31, 2005 |

**INDEX TO RECORD ON APPEAL**

| Date Filed | Court Doc. # | Document Name | Document No. |
|---|---|---|---|
| 08/30/2002 | 1 | Complaint | 1 |
| 11/26/2002 | 11 | Answer & Affirmative Defenses | 2 |
| 04/07/2003 | 18 | Motion to Amend Complaint | |
| 05/07/2003 | 20 | Answer & Affirmative Defenses to Amended Complaint | 3 |
| 05/09/2003 | 22 | Amended Complaint | 4 |
| 09/17/2003 | 31 | Motion to Amend Answer and Affirmative Defenses | 5 |
| 12/24/2003 | 49 | Order granting Motion to Amend Answer (Doc. #31) | 6 |
| 02/02/2004 | 55 | Motion for Summary Judgment as to Elizabeth Walczyk by Rio, Killiany, Jepsen, Tyler, Deschenes, Brown | 7 |
| 02/02/2004 | 56 | Memorandum of Law in support of Motion for Summary Judgment as to Elizabeth Walczyk by Rio, Killiany, Jepsen, Tyler, Deschenes, Brown | 8 |
| 02/02/2004 | 57 | Motion for Summary Judgment as to Maximina and Michelle Walczyk by Rio, Killiany, Jepsen, Tyler, Deschenes, Brown | 9 |
| 02/02/2004 | 58 | Memorandum of Law in support of Motion for Summary Judgment as to Maximina and Michelle Walczyk by Rio, Killiany, Jepsen, Tyler, | 10 |

| | | | |
|---|---|---|---|
| | | Deschenes, Brown | |
| 02/02/2004 | 59 | Motion for Summary Judgment as to Thomas Walczyk by Rio, Killiany, Jepsen, Tyler, Deschenes, Brown | 11 |
| 02/02/2004 | 61 | Statement of Material Facts by Rio, Killiany, Jepsen, Tyler, Deschenes, Brown to Motions for Summary Judgment as to Thomas Walczyk, Elizabeth Walczyk, Maximina and Michelle Walczyk | 12 |
| 02/27/2004 | 68 | Memorandum of Law in support of Motion for Summary Judgment as to Thomas Walczyk by Rio, Killiany, Jepsen, Tyler, Deschenes, Brown | 13 |
| 03/24/2004 | 71 | Local Rule 56(a)(2) Response by Thomas, Elizabeth, Michelle, Maximina Walczyk | 14 |
| 03/24/2004 | 72 | Objection to Motion for Summary Judgment by Elizabeth Walczyk | 15 |
| 03/24/2004 | 73 | Objection to Motion for Summary Judgment by Michelle Walczyk | 16 |
| 03/24/2004 | 74 | Objection to Motion for Summary Judgment by Thomas Walczyk | 17 |
| 03/24/2004 | 75 | Objection to Motion for Summary Judgment by Thomas Walczyk, Elizabeth Walczyk, Maximina and Michelle Walczyk | 18 |
| 03/24/2004 | 76 | Objection to Motion for Summary Judgment by Elizabeth Walczyk, Maximina and Michelle Walczyk | 19 |
| 03/24/2004 | 77 | Objection to Motion for Summary Judgment by Thomas Walczyk, Elizabeth Walczyk, Maximina and Michelle Walczyk | 20 |
| 03/30/2004 | 80 | Errata Sheet by Thomas Walczyk, Elizabeth Walczyk, Maximina and Michelle Walczyk as to Memorandum in Opposition to Motion for Summary Judgment | 21 |

| | | | |
|---|---|---|---|
| 09/29/2004 | 84 | Order re all motions for summary judgment | 22 |
| 10/12/2004 | 86 | Motion for Reconsideration re Order Denying Motions for Summary Judgment by Elizabeth Walczyk | 23 |
| 10/12/2004 | 87 | Memorandum of Law in Support of Motion for Reconsideration by Elizabeth Walczyk | 24 |
| 10/22/2004 | 88 | Notice of Appeal by Rio, Killiany, Jepsen, Tyler, Deschenes, Brown | 25 |
| 11/04/2004 | 89 | Notice of Cross-Appeal by Thomas, Maximina, Michelle and Elizabeth Walczyk | 26 |
| 01/10/2005 | 94 | Order re Motion for Reconsideration | 27 |
| 03/28/2005 | 98 | Mandate of USCA dismissing Notice of Cross-Appeal | 28 |

THE DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN

/s/ John J. Radshaw, III
Thomas R. Gerarde, ct05640
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

**CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 31st day of March 2005.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT  06106

                                      /s/ John J. Radshaw, III
                                      John J. Radshaw, III