*NHCT*
*09-01-1536*
*Clatigny*

# MANDATE United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of August, two thousand seven

Before:      Hon. José A. Cabranes
                Hon. Sonia Sotomayor
                Hon. Reena Raggi
                    *Circuit Judges*

**UNITED STATES COURT OF APPEALS**
**FILED**
**AUG - 1 2007**
**Catherine O'Hagan Wolfe, Clerk**
**SECOND CIRCUIT**

Docket Nos. 04-5711-cv(L), 04-5943-cv(XAP)

---

THOMAS WALCZYK, ELIZABETH WALCZYK, MAXIMINA WALCZYK, EACH INDIVIDUALLY AND AS P.P.A. FOR MICHELLE WALCZYK, A MINOR CHILD,

*Plaintiffs-Appellees-Cross-Appellants,*

-v.-

JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES, AND SHAWN BROWN,

*Defendants-Appellants-Cross-Appellees.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

ON CONSIDERATION WHEREOF, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of the District Court is REVERSED and REMANDED on part of Defendants' qualified immunity appeal; AFFIRMED in all other respects in accordance with the opinion of this Court.

                               FOR THE COURT:
                               CATHERINE O'HAGAN WOLFE, Clerk
                               by

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
         DEPUTY CLERK

                               Arthur M. Heller
                               Motions Staff Attorney

Issued as Mandate: AUG 2 3 2007