```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT


THOMAS WALCZYK, ET AL.,        :
                               :
    Plaintiffs,                :
                               :
V.                             :     No. 3:02-CV-1536(RNC)
                               :
JAMES RIO, ET AL.,             :
                               :
    Defendants.                :
```

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_____ For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____ To supervise discovery and resolve discovery disputes;

__X__ To conduct a settlement conference;

_____ To conduct a prefiling conference;

_____ A hearing on damages and attorney fees;

_____ A ruling on the following pending motion(s):

So ordered.

Dated at Hartford, Connecticut this _____ day of October 2007.

/S/
Robert N. Chatigny, U.S.D.J.