```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

THOMAS WALCZYK, ET AL.,            :
                                   :
    Plaintiffs,                    :
                                   :
V.                                 :     CASE NO. 3:02CV1536(RNC)
                                   :
JAMES RIO, ET AL.,                 :
                                   :
    Defendants.                    :

<u>PRETRIAL ORDER</u>

    It is hereby ordered:

    1.   Trial will commence with jury selection on **February 5, 2008,** at 9:00 a.m.

    2.   Presentation of evidence will begin as soon as possible following jury selection.  Other cases are set for jury selection on the same day as this one.  Consequently, presentation of evidence in this case might be delayed.

    3.   The final pretrial conference will be held on **February 1, 2008** at **2:00 p.m.**

    So ordered.

    Dated at Hartford, Connecticut this _____ day of November 2007.


```
                              _____/s/_____
                                   Robert N. Chatigny
                              United States District Judge
```