UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02CV1536 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | DECEMBER 17, 2007 |

**BILL OF COSTS**

Pursuant to Local Rule 54(a), the defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN, hereby submit their bill of costs in the above-captioned case. The Court entered judgment for the defendants on August 1, 2007. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

**A. Fees of the Court Reporter - D.Conn.L.Civ.R. 54(c)(2)(ii) (Exhibit B)**

| | | |
|---|---|---|
| 1. | Deposition transcript of Thomas J. Walczyk, on 7/30/03<br>$661.50 one copy (189 pages @ $3.50 per page)<br>+ $39.69 tax | $701.19 |
| | Appearance fee $75.00 + 4.50 tax | $ 79.50 |
| 2. | Deposition transcript of Maximina Walczyk on 8/1/03<br>$283.50 original (81 pages @ $3.50 per page)<br>+ $17.01 tax | $300.50 |
| | Appearance fee $75.00 +$4.50 tax | $ 79.50 |
| 3. | Deposition transcripts of Michelle Walczyk on 8/1/03<br>$77.00 original (22 pages @ $3.50 per page)<br>+ $4.62 | $ 81.62 |
| | Appearance fee $75.00 +$4.50 tax | $ 79.50 |
| 4. | Deposition transcripts of William Tyler, Angela Deschenes and Shawn Brown on 9/16/03<br>$416.50 original (238 pages @ $1.75 per page)<br>+ $24.99 tax | $441.99 |

5. Deposition transcripts of James Rio and James Jepsen on 9/13/03
   $294.00 original (84 pages @ $3.50 per page)
   + $17.64 tax — $311.64

6. Deposition transcript of Jeffrey Garewski on 9/19/03
   $33.75 original (15 pages @ $2.25 per page)
   + $2.02 tax — $ 35.77

7. Deposition transcript of Brian Royce on 9/19/03
   $119.25 original (53 pages @ $2.25 per page)
   + $7.15 tax — $126.40

**Subtotal:** **$2,237.62**

**B. Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)(3)(iii)**

Copies of exhibits appended to successful Motion for Summary Judgment (615 pages @ 0.110 per page) — $ 67.65

**Subtotal:** **$ 67.65**

**TOTAL COSTS REQUESTED: $2,303.61**

DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN

By /s/John J. Radshaw
John J. Radshaw, III, ct19882
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: jradshaw@hl-law.com

**CERTIFICATION**

This is to certify that on December 17, 2007, a copy of the foregoing Bill of Costs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

/s/John J. Radshaw
John J. Radshaw, III