UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02CV1536 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | DECEMBER 17, 2007 |

## **VERIFICATION OF JOHN J. RADSHAW, III**

The undersigned, being duly sworn, hereby deposes and says:

1. I am over eighteen (18) years of age and I believe in the obligation of an oath;

2. I am a member of the Bars of the State of Connecticut and of the United States District Court for the District of Connecticut;

3. I represented the defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by the defendants in defending this case; and

4. The deposition transcript of Thomas J. Walczyk, was prepared by a representative of Niziankiewicz & Miller, and was charged at the rate of $3.50 per page. A true and accurate copy of the invoice is annexed as **Exhibit B**.

5. The deposition transcript of Maximina Walczyk, was prepared by a representative of Niziankiewicz & Miller, and was charged at the rate of

**EXHIBIT A**

      $3.50 per page. A true and accurate copy of the invoice is annexed as **Exhibit B**.

6. The deposition transcript of Michelle Walczyk, was prepared by a representative of Niziankiewicz & Miller, and was charged at the regular rate of $3.50 per page. A true and accurate copy of the invoice is annexed as **Exhibit B**.

7. The deposition transcripts of William tyler, angela Deschenes and Shawn Brown, was prepared by Patricia L. Masi, Court Reporter, and was charged at the regular rate of $1.75 per page. A true and accurate copy of the invoice is annexed as **Exhibit B**.

8. The deposition transcript of James Rio and James Jepsen, was prepared by Carol B. Marcinek, Court Reporter, and was charged at the regular rate of $3.50 per page. A true and accurate copy of the invoice is annexed as **Exhibit B**.

9. The deposition transcript of Jeffrey Garewski, was prepared by Laura Muenchow, Court Reporter and was charged at the regular rate of $2.25 per page. A true and accurate copy of the invoice is annexed as **Exhibit B**.

10. The deposition transcript of Brian Royce, was prepared by Laura Muenchow, Court Reporter, and was charged at the regular rate of $2.25 per page. A true and accurate copy of the invoice is annexed as **Exhibit B**.

11. The photocopying of the exhibits appended to the successful motion for summary judgment were completed by Ikon Office Solutions and charged at a rate of $0.110 per page.

12. The items in the defendants' Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

Dated at Hartford, Connecticut, this 17th day of December, 2007.

    /s/John J. Radshaw    
John J. Radshaw, IIII

STATE OF CONNECTICUT    )
    ) *ss:*    Hartford
COUNTY OF HARTFORD    )

Subscribed and sworn to before me this 17th day of December, 2007.

    /s/Elvira C. Blackman    
Elvira C. Blackman
Notary Public
My Commission Expires: 10/31/12