

**NIZIANKIEWICZ & MILLER**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

RECEIVED
AUG 25 2003
BY:_____

_Daniel S. Niziankiewicz_
_Robert Miller_

```
JOHN J. RADSHAW, III, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE                        DATE      08/21/2003
HARTFORD, CT  06114-1190                      INVOICE      28721
                                              CLIENT        2904
                                              REFERENCE   WIL


Re: THOMAS WALCZYK, ET AL    JAMES RIO, ET AL
Assignment Date: July 30, 2003


Deposition Of - THOMAS JOSEPH WALCZYK

TRANSCRIPT ORIG. & 1                                        661.50
APPEARANCE FEE                                               75.00
SHIPPING & HANDLING                                           4.00
CONDENSED AND ASCII                                          30.00
                                                         ==========
                                        Total Amount $      770.50
                                                 Tax $       46.23
                                             Total due $    816.73
```

*189 pgs @ 3.50* (handwritten)

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

**EXHIBIT B**



**972 TOLLAND STREET**
**EAST HARTFORD, CT 06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

RECEIVED
SEP 08 2003
BY:......................

JOHN J. RADSHAW, III, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114-1190

DATE      09/04/2003
INVOICE       29023
CLIENT         2904
REFERENCE    WIL



Re: THOMAS WALCZYK, ET AL    JAMES RIO
Assignment Date: August 01, 2003

Deposition Of - MAXIMINA WALCZYK

```
TRANSCRIPT ORIG. & 1                                          283.50
APPEARANCE FEE                                                 75.00
SHIPPING & HANDLING                                             4.00
CONDENSED AND ASCII                                            30.00
                                                          ==========
                                    Total Amount  $           392.50
                                            Tax   $            23.55
                                       Total due  $           416.05
```

81 @ 3.50

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

CL _____  DATE _____
CODE _____ CK 6465
TR 19875   T/B _____

OK TO PAY
JJR
45/1820 X

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY



**NIZIANKIEWICZ & MILLER**

**972 TOLLAND STREET**
**EAST HARTFORD, CT  06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

RECEIVED AUG 2 5 2003
BY:_____

```
JOHN J. RADSHAW, III, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE                       DATE       08/21/2003
HARTFORD, CT   06114-1190                    INVOICE       28719
                                             CLIENT         2904
                                             REFERENCE   WIL


Re: THOMAS WALCZY, ET AL    JAMES RIO, ET AL
Assignment Date: August 01, 2003


Deposition Of - MICHELLE WALCZYK

TRANSCRIPT ORIG. & 1                                       77.00
APPEARANCE FEE                                             75.00
SHIPPING & HANDLING                                         4.00
                                                       ==========
                                    Total Amount  $       156.00
                                            Tax   $         9.36
                                       Total due  $       165.36


WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```

22°C  3.50

```
CL_____     DATE_____
CODE_____     CK  6391
TR  19805      T/B_____
```

OK to pay

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

*OK to pay*
*TRG*
*45-*
*/8207*

**PATRICIA L. MASI**
[REG]ISTERED DIPLOMATE REPORTER
SUPERIOR COURT
101 LAFAYETTE STREET
HARTFORD, CT 06106
(860) 548-2728
SSN 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

To:  Thomas R. Gerarde, Esq.
     Howd & Ludorf
     65 Wethersfield Avenue
     Hartford, CT 06114-1190

Date:  September 23, 2003

Re: Walczyk v. Rio

## INVOICE FOR SERVICES RENDERED

Transcript of the depositions of WILLIAM TYLER, ANGELA DESCHENES and SHAWN BROWN in the above-captioned matter taken on September 16, 2003:

| | |
|---|---|
| 238 Pages @ $1.75 | $416.50 |
| Tax | 24.99 |
| **AMOUNT DUE ON RECEIPT** | **$441.49** |

CL _____   DATE _____
CODE _____   CK 6480
TR 20156   T/B _____

September 19, 2003

Attorney Thomas Gerarde
65 Wethersfield Avenue
Hartford, CT 06114

RE: Depositions of James Rio and James Jepsen
    Thomas Walczyk vs. James Rio, Et Al
    September 13, 2003

Dear Attorney Gerarde:

The charges for the above-entitled depositions are as follows:

*[handwritten: 84 pg @ $3.50]*

| | |
|---|---|
| Transcript fee: | $294.00 |
| Tax: | $17.64 |
| Total: | $311.64 |

For your records, my social security number is 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.

Make payment to:

> Carol B. Marcinek, RPR
> Court Reporter
> 101 Lafayette Street
> Hartford, CT 06106

*[handwritten stamp: Walczyk v. Rio; CL ___ DATE ___ CODE ___ CK 6501 ___ 20022 T/B ___]*

*[handwritten: OK to pay; signature; 45-19207]*

```
DATE:  September 26, 2003

  TO:  Howd & Ludorf
       Attorneys at Law
       65 Wethersfield Avenue
       Hartford, CT  06114

ATTN:  John J. Radshaw, III, Esquire

FROM:  Laura Muenchow
       Court Reporter
       627 France Street
       Rocky Hill, CT  06067
       Tax I.D. No. 040607574
```

Depositions in the matter of Thomas Walczyk, et al vs. James Rio, et al heard on September 19, 2003.

| | |
|---|---|
| Garewski Deposition .....15 pg @ 2.25........... | $ 33.75 |
| Royce Deposition .....53 pg @ 2.25............. | $119.25 |
| Connecticut Sales Tax ........................ | $  9.18 |
| Total Amount Due ............................. | $162.18 |

Thank you.

*[Handwritten: OK to Pay / 45-18207]*

*[Stamp: CL ___ DATE ___ / CODE ___ CK 6488 / TR 20149  T/B ___]*