UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL., | : | NO. :3:02 CV 1536 (RNC) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL., | : | |
|     Defendants. | : | JANUARY 28, 2008 |

## PLAINTIFF'S TRIAL MEMORANDUM ORDER

    The plaintiff has filed this separate trial memorandum, as the defendants have neglected or failed to exchange any information concerning same, despite repeated requests by plaintiff, commencing on January 16, 2008. Because of the absence of materials from the defendants, the plaintiff informed the defendant on January 24, 2008 that a separate memorandum would be filed due to the lack of time available for meaningful cooperation. On January 28, 2008, the date the joint trial memorandum is to be filed, the plaintiff received an e-mail from the defendants suggesting the parties seek an extension of time, but not including any draft of their proposed sections.

1. <u>Trial Counsel</u>:

For the plaintiff:    Jon L. Schoenhorn, ESQ.
                      Federal Bar Number ct00119
                      108 Oak Street
                      Hartford, CT 06106
                      Tel. 860-278-3500

For the defendant:    Thomas R. Gerarde, ESQ.
                      Federal Bar Number ct05640
                      65 Wethersfield Avenue
                      Hartford, CT 06114
                      Tel. 860-249-1361

2. <u>Jurisdiction</u>:

    Subject matter jurisdiction is founded upon Title 28 U.S.C. §§1331 and 1343, and the fourth and fourteenth amendments to the United States Constitution.

Supplemental jurisdiction is founded upon 28 U.S.C. §1367, Article I, § 7 of the

Connecticut Constitution, and the doctrine of *Binette v. Sabo*, 244 Conn. 23 (1998).

3. Jury

This a jury trial case.

4. Nature of this case:

The plaintiff, Elizabeth Walczyk, claims that the defendants searched and seized items from her home in Farmington, that she shared with her late husband, when there was no probable cause to do so.  She claims that the defendants obtained a search warrant that was issued in reckless disregard for the truth concerning the residency of her adult son, Thomas Walczyk, and that it lacked probable cause to search their home.  Lawfully-owned firearms and other items that belonged to her and her husband were seized by the defendants on or about September 9, 1999.  Thus, Elizabeth Walczyk claims that her federal and state constitutional rights to be free from illegal searches and seizures were violated.
On a previous occasion this court has ruled that the warrant that the defendants obtained to search the plaintiff's home failed to set forth probable cause to justify that search, in violation of the constitution.  According to the plaintiff, the warrant omitted the key fact that her son, Thomas Walczyk, had not lived at her residence for at least seven years.
Further, upon entering the plaintiff's residence, the officers were informed that none of Thomas Walczyk's firearms were kept there, but the defendants continued to search and seize the plaintiff's property, invading their privacy and videotaping her and her late husband, along with the rest of their residence.  Elizabeth Walczyk seeks compensatory and punitive damages.

5.  Stipulations of Facts and Law Agreed Upon By the Parties.

As the defendants have failed to provide the plaintiff with a even a draft of their

proposed facts and law, there are no agreed upon facts or law.

6. Plaintiff's Contentions:

The plaintiff contends that there was no probable cause to believe that officers

would find firearms registered to Thomas Walczyk at the Farmington home of Elizabeth

Walczyk, and that the warrant that the defendants obtained was issued without probable cause. On a previous occasion, the court ruled that the search warrant did not contain probable cause to search the plaintiff's residence. The plaintiff further contends that the search warrant for 27 Tunxis Street, Farmington was issued with reckless disregard for the truth in that it failed to disclose that Thomas Walczyk had not resided at his parent's home at 27 Tunxis Street for at least seven years.

7. Plaintiff's Legal Issues

1) Whether the Defendants acted either individually, jointly, or severally, and in a conspiracy with one another to deprive the plaintiff of the enumerated rights under the Constitution of the State of Connecticut Article I §7 to be free from unreasonable searches and seizure?

2) Whether each of the defendants acted with reckless disregard for the truth, by either searching or allowing the search, of the plaintiff's home at 27 Tunxis Street, Farmington, without a proper showing of probable cause?

3) What compensatory and punitive damages should be given to the plaintiff in light of the court's previous ruling that the search warrant failed to establish probable cause to search the plaintiff's home at 27 Tunxis Street, Farmington?

4) Whether any or all of the Defendants violated the plaintiff's fourth amendment rights?

5) Whether any of the Defendants acted, jointly or severally, and in a conspiracy with one another, to deprive the Plaintiff of her federal constitutional rights, in violation of U.S.C. §§1983 and 1988?

6) Whether any of the defendants, individually, jointly or severally, and/or in conspiracy with one another, deprived the Plaintiff of her rights under the Connecticut Constitution?

8. <u>Voir Dire Questions</u>

See attached.

9. <u>Plaintiff's list of Witnesses</u>

      The plaintiff, by and through her undersigned counsel, submits the following list of witnesses she intends to call: [The plaintiff reserves the right to call in her case in chief any witness identified by the defendants and the defendants themselves, although none have been provided to date to the plaintiff.]

1.     Elizabeth Walczyk
       27 Tunxis Street
       Farmington, CT 06032

       Will testify to the search of her home and the seizure of items therein, as well as ownership of the items seized and to the subject matter of the complaint.
       Testimony is anticipated to last two hours.

2.     Maxima Walczyk
       28 Tunxis Street
       Farmington, CT 06032

       Will testify concerning the residency of Thomas Walczyk, Elizabeth Walczyk and Lucien Walczyk, at the time of the search and issuance of the warrant and as a witness to the search of 27 Tunxis Street. Will also discuss the emotional toll the home invasion had on her mother-in law.
       Testimony is anticipated to last one hour.

3.     Brian Royce
       West Hartford Police Department
       103 Raymond Road
       West Hartford, CT 06107

       Will testify that the defendants requested the assistance of the West Hartford SWAT team to assist in the execution of the search at 27 Tunxis Street and policies and procedures followed by SWAT in mutual assistance situations, including what one or more of the defendants told him about the circumstances that required their intervention.
       Testimony is anticipated to be less than one hour.

4.     Paula Ray
Farmington Town Clerk
1 Monteith Drive
Farmington, CT 06032

Will testify to land and residency records for 27 and 28 Tunxis Street, Farmington in and before 1999 [unless defendants stipulate to this information].
Testimony is anticipated to be less than one hour.

5.     Barbara Walczyck
625 East 14th Street
New York, New York 10009

Will testify to residency of Thomas Walczyk and Elizabeth Walczyk in 1999, and the emotional toll that the home invasion had on her mother.
Testimony is anticipated to last one hour.

6.     Custodian of Records
Department of Motor Vehicles
60 State Street
Whethersfield, CT 06161

Will testify to motor vehicle records establishing Thomas Walczyk's address in 1999.
Testimony is anticipated to be less than one hour.

7.     Officer David Herbert
Farmington Police Department
319 New Britain Avenue
Unionville, CT 06085

Will testify concerning a conversation he had with Thomas Walczyk at his home on August 30, 1999, which formed the basis for the issuance of the September 1999 warrant.
Testimony is anticipated to be less than one hour.

8.     Detective William Kinahan
West Hartford Police Department
103 Raymond Road
West Hartford, CT 06107

Will testify regarding the search on September 7, 1999 at 27 Tunxis Street, Farmington, a video taken by him, and instructions that were given concerning same.
Testimony is anticipated to be one to two hours with the videotape.

9. Defendant Killiany
   Farmington Police Department
   Farmington, CT 06032

   Will testify concerning the videotaping and search of the plaintiff's residence. Testimony is anticipated to be one hour with the videotape.

10. Representative of the Special Licensing and Firearms Office
    Department of Public Safety
    1111 Country Club Road
    Middletown, CT 06457

    Will testify regarding maintenance of gun registration records. Testimony is anticipated to be less than one hour.

10. <u>Plaintiff's list of exhibits</u>

The plaintiff, by and through her undersigned counsel, hereby submits the following list of exhibits. [The plaintiff reserves the right to offer and rely on any exhibits listed by defendants, should they disclose same]:

1) Video tape taken by Defendant Killiany during the September 7, 1999 search.

2) Video tape taken by Detective Kinanhan during the September 7, 1999 search.

3) Excerpts from Deposition of Defendant William Tyler, pp. 61-66, 78-81, 101.

4) Return (Receipt) for Seized property for 27 Tunxis Street, Farmington.

5) Affidavit and Application for Search and Seizure Warrant, Tunxis Street.

6) Inventory of Property Seized on Warrant for 27 Tunxis Street, Farmington

7) Excerpts from Deposition of Defendant James Rio, pp. 23-31, 38-44, 60-64.

8) Excerpts from Deposition of Defendant Angela Deschenes, pp. 48-57.

9) Excerpts from Deposition of Defendant Shawn Brown, pp. 35-38.

10) Excerpts from Deposition of James Jepsen, pp. 34-37, 53-54, 61

11) Excerpts from Deposition of Brian Royce, pp. 39-42.

12) Land title records for 27 Tunxis Street.

13) Land title records for 28 Tunxis Street

14) Photograph of 27 Tunxis Street

15) Photograph of 28 Tunxis Street

16) Map showing 27 and 28 Tunxis Street

17) Firearm Registrations of Lucien Walczyk

11. <u>Plaintiff's Deposition Testimony</u>:

    [section deliberately left blank]

12. <u>Jury Instructions</u>

    See Attached.

13. <u>Anticipated Evidentiary Problems</u>

    As the defendants have failed to disclose any evidence or witnesses to the plaintiff, the plaintiff cannot anticipate specific evidentiary problems.  However, the plaintiff would object on the grounds of relevance or prejudice to any evidence concerning the substance of prior incidents involving Thomas Walczyk or his prior statements, as well as any evidence concerning the underlying land dispute and prior litigation between the Walczyk family and Barberino Development.

    The plaintiff will also object to testimony concerning the fruits of the search at 28 Tunxis Street, Farmington, in light of the Second Circuit ruling in this case.  The plaintiff will further object to the introduction of any items seized from Thomas Walczyk at 28 Tunxis Street, Farmington, as being irrelevant and/or prejudicial.

14. <u>Trial Time</u>

    The plaintiff estimates the trial will require five days.

15. <u>Verdict Form</u>

See attached.

16. <u>Further Proceedings</u>

No further proceeding are anticipated at this time.

    PLAINTIFF

By: /s/ Jon L. Schoenhorn
    JON L. SCHOENHORN, ESQ.
    Federal Bar Number ct00119
    108 Oak Street
    Hartford, CT 06106
    Tel. 860-278-3500
    E-Mail: civlrights@aol.com

    Dated: January 28 , 2008

F:\SHARED\CLIENTS\Walczyk-Civil\pretrial memo\PRE-TRIAL MEMO.wpd

**<u>CERTIFICATION</u>**

  I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

            <u>   /s/ Jon L Schoenhorn         </u>
            Jon L. Schoenhorn