UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL., | : | NO. :3:02 CV 1536 (RNC) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL., | : | |
|     Defendants. | : | JANUARY 28, 2008 |

## Plaintiff's Proposed Voir Dire Questions

    The plaintiff, by and through counsel, hereby submits the following proposed voir dire questions for jury selection:

    The plaintiff requests that each of the prospective jurors be required to identify him or herself, giving their respective juror number, name, address, and occupation for the past five (5) years, and the occupation of their spouses and adult children for the past five years, and whether they have ever sat on a jury that heard testimony.

Additionally, the plaintiffs request that the Court ask the following questions:

1. Are any of you acquainted with any of the parties, attorneys, or witnesses involved in this case, either personally or through media accounts?

2. Have any of you ever heard or read about any other case or claim of civil rights violations or other misconduct made against the Farmington Police Department or any of its officers?

    a. If so, what have you heard?

    b. Do you feel that this could affect your ability to fairly hear and decide this case?

    c. Have any of you heard about, or formed any opinions about, the search that occurred on September 7, 1999 at 27 Tunxis Street?

3. Have you or any member of your family or any close friend ever held any job in a) a law enforcement agency; b) municipal government; c) the state or local police; d) investigating or negotiating insurance claims; or d) any agency that conducts administrative hearings?

4. Have any of you had experience with any Police Department or state agency involving searching a home whether as a party, parent of a party, a witness or decider of fact?

5. Would you have any difficulty in reaching a verdict for the plaintiff because she made claims against officers of the Farmington Police Department where she alleges that these individuals did not treat her lawfully or fairly?

6. Assuming that you reach a verdict for the plaintiff on the issue of liability, that is, that you find that the Farmington Police Department and its named officers were at fault in this case, do you feel you could give the plaintiff a full and fair sum of damages?

7. Does anyone here believe that citizens, who have been treated illegally and unfairly by public officials, should not have a right to bring a suit against such a police department or its officers?

8. Are you willing to enforce the civil rights of the plaintiff as you would any other rights to which a citizen of this country is entitled?

9. Is there anything about the plaintiff, or any of her claims in this lawsuit, that would make it difficult for you to render a verdict in her favor? If so, could you explain your concerns?

10. Do you believe that a person who proves violations of civil rights should be compensated for damages she suffers as a result? Does anyone here have any difficulty with that concept?

11. If you were selected as a juror in this case, do you know of any reason why you could not sit as an impartial juror?

12. Does anyone here hold any views opposed to the lawful possession of firearms by citizens? Do any of you believe that citizens should not be able to possess firearms in their own homes?

13. Does anyone here believe that in any disagreement with the actions of a police officer, that the edge should be given to the police because of their position?

14. Do any of you reject the idea that a public official, including a police officer, may act in an arbitrary manner?

15. Has anyone here ever been the victim of a crime that required police intervention?

   *The plaintiff also requests that the court allow a limited amount of individual questioning and follow up by counsel.*

By: /s/ Jon L. Schoenhorn
    Jon L. Schoenhorn
    Jon L. Schoenhorn & Associates, LLC
    108 Oak Street
    Hartford, CT 06106
    Fed. Bar No. Ct 00119