UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL., | : | NO. :3:02 CV 1536 (RNC) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL., | : | |
|     Defendants. | : | JANUARY 28, 2008 |

**Plaintiff's Proposed Verdict Form**

1. Did Defendant Rio know, or should he have known, that there was no probable cause to believe that Thomas Walczyk stored any property described in the search warrant in Plaintiff Elizabeth Walczyk's home located at 27 Tunxis Street, in September, 1999?  Answer by placing a check mark in the blank that states your finding.

    _____ YES     _____ No

2. Did Defendant Killiany know, or should he have known, that there was no probable cause to believe that Thomas Walczyk stored any property described in the search warrant in Plaintiff Elizabeth Walczyk's home located at 27 Tunxis Street, in September, 1999?  Answer by placing a check mark in the blank that states your finding.

    _____ YES     _____ No

3. Did Defendant Jepsen know, or should he have known, that there was no probable cause to believe that Thomas Walczyk stored any property described in the search warrant in Plaintiff Elizabeth Walczyk's home located at 27 Tunxis Street, in September, 1999?   Answer by placing a check mark in the blank that states your finding.

    _____ YES     _____ No

4. Did Defendant Tyler know, or should he have known, that there was no probable cause to believe that Thomas Walczyk stored any property described in the search warrant in Plaintiff Elizabeth Walczyk's home located at 27 Tunxis Street, in September, 1999?   Answer by placing a check mark in the blank that states your finding.

    _____ YES     _____ No

5. Did Defendant know, or should he have known, that there was no probable cause to believe that Thomas Walczyk stored any property described in the search warrant in Plaintiff Elizabeth Walczyk's home located at 27 Tunxis Street, in September, 1999? Answer by placing a check mark in the blank that states your finding.

    _____ YES      _____ No

6. Did Defendant Brown know, or should he have known, that there was no probable cause to believe that Thomas Walczyk stored any property described in the search warrant in Plaintiff Elizabeth Walczyk's home located at 27 Tunxis Street, in September, 1999? Answer by placing a check mark in the blank that states your finding.

    _____ YES      _____ No

7. Did Defendant Brown act with reckless disregard for the truth when preparing the search warrant for 27 Tunxis Street, Farmington, by omitting evidence that Thomas Walczyk no longer lived at this address? Answer by placing a check mark in the blank that states your finding.

    _____ YES      _____ No

8. Did Defendant Deschenes act with reckless disregard for the truth when preparing the search warrant for 27 Tunxis Street, Farmington, by omitting evidence that Thomas Walczyk no longer lived at this address? Answer by placing a check mark in the blank that states your finding.

    _____ YES      _____ No

9. Did Defendant Tyler act with reckless disregard for the truth when he stated to Defendant Rio that Thomas Walcyzk lived at 27 Tunxis Street in September, 1999? Answer by placing a check mark in the blank that states your finding.

    _____ YES      _____ No

10. Did Defendant Rio direct, authorize and/or supervise the preparation of the search warrant that was used to search Plaintiff Elizabeth Walczyk's residence at 27 Tunxis Street, Farmington on September 9, 1999? Answer by placing a check mark in the blank that states your finding.

    _____ YES      _____ No

11. Did Defendant Jepsen direct, authorize and/or supervise the preparation of the

search warrant that was used to search Plaintiff Elizabeth Walczyk's residence at 27 Tunxis Street? Answer by placing a check mark in the blank that states your finding.

_____ YES          _____ No

12. Did Defendant Killiany know or learn, at any time before or during the search of Plaintiff's residence at 27 Tunxis Street, Farmington, that there was no probable cause to believe that any of Thomas Walczyk's property described in the search warrant was located at that address? Answer by placing a check mark in the blank that states your finding.

_____ YES          _____ No

IF YOU ANSWERED YES TO ANY QUESTION LISTED ABOVE, PLEASE ANSWER THE FOLLOWING QUESTION. IF YOU ANSWERED NO TO ALL OF THE QUESTIONS ABOVE PLEASE SKIP TO THE END.

13. What amount, if any, do you find should be paid to the plaintiff as compensatory damages for the violation of her federal constitutional and civil rights to be free from unreasonable searches and seizures, as to each of the following defendants?

Defendant Rio:          _____ Answer in dollar amount or none.
Defendant Killiany:     _____ Answer in dollar amount or none.
Defendant Jepsen:       _____ Answer in dollar amount or none.
Defendant Tyler:        _____ Answer in dollar amount or none.
Defendant Deschenes:    _____ Answer in dollar amount or none.
Defendant Brown:        _____ Answer in dollar amount or none.

14. What amount, if any, do you find should be paid to the plaintiff as compensatory damages for violating her state constitutional right to be free from unreasonable searches and seizures, as to each of the following defendants?

Defendant Rio:          _____ Answer in dollar amount or none.
Defendant Killiany:     _____ Answer in dollar amount or none.
Defendant Jepsen:       _____ Answer in dollar amount or none.
Defendant Tyler:        _____ Answer in dollar amount or none.
Defendant Deschenes:    _____ Answer in dollar amount or none.
Defendant Brown:        _____ Answer in dollar amount or none.

IF YOU FOUND THAT ANY AMOUNT SHOULD BE PAID TO THE PLAINTIFF IN YOUR ANSWER TO QUESTION 13, PLEASE ANSWER QUESTION 15. OTHERWISE, SKIP TO THE END.

15. If you assessed monetary damages (including nominal damages) in question 13 please answer question 15.  What amount, if any, do you find should be paid to the plaintiff as punitive damages for violating her fourth amendment and civil rights to be free from unreasonable searches and seizures, as to each of the following defendants?

Defendant Rio:            _____ Answer in dollar amount or none.

Defendant Killiany:       _____ Answer in dollar amount or none.

Defendant Jepsen:         _____ Answer in dollar amount or none.

Defendant Tyler:          _____ Answer in dollar amount or none.

Defendant Deschenes: _____ Answer in dollar amount or none.

Defendant Brown:          _____ Answer in dollar amount or none.

END

_____
Date                                            Foreperson