UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02CV1536 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | JANUARY 29, 2008 |

## **APPEARANCE**

      Please enter the appearance of Kristan M. Maccini, as attorney for the defendants, James Rio, Brian Killiany, James Jepsen, William Tyler, Angela Deschenes and Shawn Brown, in the above matter, in addition to the appearance already on file by this firm.

      DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN

By_____/s/ Kristan M. Maccini_____
  John J. Radshaw, III, ct19882
  Kristan M. Maccini, ct25121
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114-1121
  (860) 249-1361
  (860) 249-7665 (fax)

## **CERTIFICATION**

      This is to certify that on January 29, 2008, a copy of the foregoing **Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT  06106

                                          /s/ Kristan M. Maccini
                                          John J. Radshaw, III
                                          Kristan M. Maccini