UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH WAKCZYK           :   NO.:  3:02CV1536 (RNC)
                            :
v.                          :
                            :
JAMES RIO, ET AL            :   JANUARY 29, 2008

## DEFENDANTS' PROPOSED VOIR DIRE

The defendants hereby submit the following proposed voir dire questions:

1.      The plaintiff in this case is Elizabeth Walczyk of Farmington, Connecticut.  To the best of your knowledge, are you or any member of your family acquainted with the plaintiff in any way?  If so, please describe the nature of the acquaintance.

2.      The defendants in this case are Farmington Police Officers.  To the best of your knowledge, are you or any member of your family acquainted with the defendants?  If so, please describe the nature of the acquaintance.

3.      Have you or any member of your family or friends ever been represented by, socially acquainted with or related to any of the attorneys involved in this action?  If so, state when you were represented by the attorney and in what type of matter, or the nature of the relationship with the attorney.

4.      The following people may be called as witnesses in this matter:

    a.      James Rio

    b.      William Tyler

    c.      James Jepsen

      d.      Brian Killiany

      e.      Angela Deschenes

      f.      Shawn Brown

      c.      Thomas Walczyk

Please state whether you know, or are acquainted with any of the witnesses personally. If so, please describe your relationship.

5.      Please state whether you or any member of your family has been a party to a lawsuit. If so, please describe the circumstances.

6.      Have you ever been involved in a civil or criminal case as a witness?

7.      Have you had prior jury service? If so, please state whether the matter was in federal or state court, a civil or criminal case, the nature of the case, whether you reached a jury verdict, and if so, what was the verdict?

8.      Have you, a member of your family, or a close friend ever sued a police officer of any municipality, the State of Connecticut or any State for any reason?

9.      To the best of your knowledge, have you, a member of your family, or a close friend ever had an unpleasant experience with a police officer?

10.     Do you have a favorable or unfavorable opinion about police officers?

11.     Have you, a member of your family, or a close friend ever been arrested?

12.     Have you ever been the subject of a dispute which resulted in the police being called to the scene?

13. Do you have an opinion, favorable or unfavorable, about the Farmington Police Department?

14. Have you or a member of your family ever been employed as a police officer?

15. Is there any reason why you could not or would not treat a police officer, such the defendant officers here, as fairly, impartially and justly as you would treat any other individual?

16. Have you or a member of your family ever sued a police officer, the Town of Farmington, any municipality, the State of Connecticut or any State for any reason?

17. Have you or a member of your family ever been sued by the Town of Farmington, a municipality, the State of Connecticut or another governmental agency for any reason?

18. If you are selected to sit on this jury, the Court will instruct you on the law which you must apply to the facts of this case as you find them to be. One of the Court's instructions will inform you that the burden of proof for all material facts rests with the plaintiff. Do you understand that it is the plaintiff's responsibility to prove every fact essential to his case?

        THE DEFENDANTS,
        JAMES RIO, BRIAN KILLIANY, JAMES
        JEPSEN, WILLIAM TYLER, ANGELA
        DESCHENES AND SHAWN BROWN

        /s/ John J. Radshaw, III
        John J. Radshaw, III, ct19882
        HOWD & LUDORF, LLC
        65 Wethersfield Avenue
        Hartford, CT  06114-1121
        (860) 249-1361
        (860) 249-7665 (fax)

## **CERTIFICATION**

     This is to certify that on **January 30, 2008**, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ John J. Radshaw, III
        John J. Radshaw, III