UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02CV1536 (RNC) |
| v. | : | |
| JAMES RIO, ET AL | : | JANUARY 30, 2008 |

**DEFENDANTS' MOTION IN LIMINE RE: EVIDENCE
WITH REGARD TO DAMAGES**

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from offering any evidence with respect to damages resulting from the seizure of firearms found at 27 Tunxis Street as well as the payment of attorney's fees on behalf of her son, Thomas Walczyk. As is more particularly set forth in the attached memorandum of law, any such evidence is improper pursuant to the Federal Rules of Evidence, as it is irrelevant.

WHEREFORE, the defendants request the Court to grant this motion and preclude the plaintiff from offering evidence in support of any damages claim for seizure of firearms or for attorney's fees paid on behalf of Thomas Walczyk.

ORAL ARGUMENT IS REQUESTED

        DEFENDANTS,
        JAMES RIO, BRIAN KILLIANY, JAMES
        JEPSEN, WILLIAM TYLER, ANGELA
        DESCHENES AND SHAWN BROWN


        By_____/s/ Kristan M. Maccini_____
           John J. Radshaw, III, ct19882
           Kristan M. Maccini, ct25121
           Howd & Ludorf, LLC
           65 Wethersfield Avenue
           Hartford, CT  06114-1121
           (860) 249-1361
           (860) 249-7665 (fax)
           E-Mail: jradshaw@hl-law.com
           E-Mail: kmaccini@hl-law.com

## **CERTIFICATION**

      This is to certify that on January 30, 2008, a copy of the foregoing **Defendants' Motion In Limine Re: Evidence With Regard to Damages** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT  06106

                                         /s/ Kristan M. Maccini
                                         John J. Radshaw, III
                                         Kristan M. Maccini