**EXHIBIT A**

1

```
 1         UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
 2
   THOMAS WALCZYK, ET AL      NO. 3:02CV1537 (RNC)
 3
   VS
 4
   JAMES RIO                  JULY 31, 2003
 5

 6

 7        DEPOSITION OF ELIZABETH WALCZYK

 8
   A P P E A R A N C E S:
 9

10    JON L. SCHOENHORN & ASSOCIATES
         Attorneys for the Plaintiffs
11       97 Oak Street
         Hartford, Connecticut 06106
12    BY: JON L. SCHOENHORN, ESQ.

13

14    HOWD & LUDORF
         Attorneys for the Defendants
15       65 Wethersfield Avenue
         Hartford, Connecticut 05114
16    BY: JOHN J. RADSHAW, III, ESQ.

17

18

19                REPORTED BY:

20             GWENDOLYN WILLIAMS
          CERTIFIED PROFESSIONAL REPORTER
21

22         NIZIANKIEWICZ & MILLER
              REPORTING SERVICES
23             972 Tolland Street
         East Hartford, Connecticut 06108
24          Telephone (203) 291-9191

25
```

```
1    Q.   Well, did they ransack your house?
2    A.   No.
3    Q.   Did they break anything?
4    A.   No.
5    Q.   Okay.
6    A.   But--
7         MR. SCHOENHORN:  Excuse me.  Can she finish
8    her answer.
9    A.   Wait a minute.
10   Q.   It was a yes or no question, but go ahead.
11   A.   No.  No.  So I said to my husband, I said,
12   well I might as well give them the guns because they
13   are going to get them anyway, if I refuse.  They were
14   going to just tear down the place.
15   Q.   Whose guns were they?
16   A.   My husband guns, like I said.
17   Q.   And, he was sitting there?
18   A.   At the table.
19   Q.   And where were the guns kept?
20   A.   So I said we had them locked up in a gun
21   cabinet put away and I said to him, it was his hobby,
22   something he did, you know, all the years collecting
23   guns and he was a hunter and a fisherman and etc, so I
24   said to him well where is the key, I'll go open up the
25   gun cabinets.
```

```
 1  of, did you take any other steps, you and your husband
 2  to obtain his guns back from the Farmington Police
 3  Department?
 4       A.   Well, not after.
 5            MR. SCHOENHORN:  Do you mean you or her
 6       husband or her husband or--
 7       Q.   I said you and your husband?
 8       A.   Yeah.  Well my husband and I talked to two
 9  different lawyers about his guns.  He expected to get
10  them in a couple of days when he was in Tulisano's
11  office, but it didn't happen.
12       Q.   Are you aware if your husband brought a
13  lawsuit to get his guns back?
14       A.   What do you mean a lawsuit?
15       Q.   Like the lawsuit you are involved in now?
16       A.   No.  No.  We figured that he was going to get
17  his guns back and then we talked to another lawyer and
18  you know, oh it could be done.  And we didn't engage
19  him and my husband died, you know.
20       Q.   Did your husband have a will when he died?
21       A.   Yes.
22       Q.   And briefly what were the terms of that will?
23       A.   Everything came to me.
24       Q.   So, you inherited the ownership of his guns
25  after he died; is that right?
```

1  where they were?
2      A.   Well I had them all reoiled, you know.  My
3  son you know, I said to him, I said they been-- because
4  my husband was very fussy about the care of his guns
5  and when they were giving them back to me, the police,
6  there were some, had scratches, some had rust on them.
7  So I said to my son, I said you got to polish the guns
8  up before I put them away.
9      Q.   So, it's your testimony that after you
10 received the guns back from the police department, you
11 cleaned and oiled the guns before putting them back in
12 their case; is that correct?
13     A.   Right.  Right.
14     Q.   Now, you don't have any special training or
15 experience in law enforcement; do you?
16     A.   No.
17     Q.   Mrs. Walczyk, during my discussion with your
18 son Thomas yesterday at his deposition, I discussed
19 with him the money that was spent on his defense, the
20 criminal charges and his expenses and we discussed them
21 at length.  And I want to go over them briefly with
22 you.  He told me that he paid Richard Tulisano, Esquire
23 with the cashier's check for fifteen thousand dollars.
24 Is that fifteen thousand-- and he told me that he got
25 that money from you and his father; is that correct?

```
 1       A.   Correct.
 2       Q.   Okay.  And if you were to go look back at
 3  your house, would you be able to find a bank record
 4  that might show the withdrawal from your account of
 5  that fifteen thousand dollars?
 6       A.   If I look hard enough I'll find it, an old
 7  bank book.
 8       Q.   And, he also told me that he gave a check to,
 9  first to Butler, Norris & Gold and then later to Ralph
10  Sherman, the same check, for thirty thousand dollars.
11  And he told me that that wasn't his money.
12            Is that money that you and your husband gave
13  to him for his criminal trial?
14       A.   Tulisano was a total of, I think forty five
15  thousand.  I don't know if the fifteen too, I don't
16  know, but I remember forty five thousand.
17       Q.   And, is all that money from you and your
18  husband to your son?
19       A.   That forty five.
20       Q.   Okay.
21       A.   And I don't know, you mentioned fifteen.
22  Whether that fifteen was in the forty five or not,
23  probably.  And then it was transferred over to Gold
24  and--
25       Q.   And then--
```

```
 1        A.    Okay.
 2        Q.    But, it's your recollection that you gave for
 3   your son's benefit a total of forty five thousand
 4   dollars to deal with the pretrial proceedings and the
 5   criminal trial; is that correct?
 6        A.    Correct.
 7        Q.    Okay.  Was that a gift from you to him?
 8        A.    Well, I don't know if--
 9              MR. SCHOENHORN:   Object to the form of the
10        question.
11        Q.    Do you understand my question?
12        A.    Well I don't know if it was a gift or I
13   assume that he might, you know, pay back.  We didn't
14   make any agreement, we didn't make any agreement this
15   is a gift or you know.
16        Q.    You haven't sorted out whether it's a gift or
17   a loan; is that correct?
18        A.    Right.
19        Q.    You didn't ask him to sign a promissory note
20   or anything like that; did you?
21        A.    No, no.
22        Q.    You didn't ask him to give you a mortgage on
23   his property; did you?
24        A.    No.
25        Q.    But if you went and looked back in your
```

```
 1      A.   Well you know making him upset or try to walk
 2 around or something.  I don't know.
 3      Q.   Was Lucian upset that you could see?
 4      A.   Well naturally.  He was upset that his
 5 treasure collection is going.
 6      Q.   Well, how did that manifest itself?  Like
 7 were the officers aware that Lucian was upset in your
 8 opinion?
 9      A.   I think that's all they were interested in is
10 get the guns.  Because they thought Thomas had guns.
11      Q.   Well my question is, was Lucian upset in an
12 outwardly way so that you could see that he was upset?
13      A.   Oh yeah, I could see he was upset because
14 he--
15      Q.   What was he doing or how was he looking?
16      A.   He said I can't believe it.  Why are they
17 taking my guns.  They are not Thomas's, you know.  It
18 was-- he told the officer.  But they says well we got
19 to be sure they are not Thomas's so.
20      Q.   And how--
21      A.   And how were they going to know Thomas's or
22 not.
23      Q.   How old was Lucian when he died?
24      A.   He was going to turn eighty one.  He died in
25 July.  His birthday was, he was born in 1920 and his
```

```
 1   birthday was in November so-- and--
 2       Q.   Now--
 3       A.   He was really-- that really you know, really
 4   made him miserable to know that he didn't get his guns
 5   all this time and everything.
 6       Q.   Did he say things to you about how he felt
 7   whether it--
 8       A.   He was always talking about I don't know when
 9   we are going to get those guns and this and that.  And
10   even on his death bed, he kept saying did the guns come
11   yet, did you get the guns yet.  It just, you know,
12   ruined his later years worrying about his guns.
13       Q.   How did that affect you, the fact he was so
14   upset about it?
15       A.   Well upset me too, you know, to see him so
16   distraught that his guns were gone and I haven't got
17   them back.  And he-- and it was just awful.  And it
18   didn't help and it didn't help, you know, his physical
19   condition.  And upset.  He was upset, you know,
20   nervous, his stomach.  And he was-- had ulcers long
21   long ago, so he was really not--
22       Q.   I don't want to use the wrong term here.  And
23   so if I am not using the right term, I am going to ask
24   you to correct me.  But would you say that, you know
25   you said he was always asking about it, including on
```

85

```
 1  STATE OF CONNECTICUT        :
 2                                      ss.
 3  COUNTY OF HARTFORD          :
 4          I, Gwendolyn Williams a Notary Public for the
 5  State of Connecticut, do hereby certify that the
 6  deposition of ELIZABETH WALCZYK, a defendant, was taken
 7  before me pursuant to Sections 13-26, et seq., of the
 8  Connecticut Practice Book, at the law offices of Howd &
 9  Ludorf, 65 Wethersfield Avenue,, Hartford, Connecticut,
10  commencing at 10:25 a.m., July 31, 2003.
11          I further certify that the deponent was first
12  sworn by me to tell the truth, the whole truth, and
13  nothing but the truth, and was examined by counsel, and
14  her testimony stenographically reported by me and
15  subsequently transcribed as herebefore appears.
16          I further certify that I am not related to the
17  parties hereto or their counsel, and that I am not in
18  any way interested in the event of said cause.
19          Dated at Hartford, Connecticut, this 29th day of
20  August, 2003.
21
22                                  _____
23                                  GWENDOLYN WILLIAMS
                                    Notary Public
24
25
```