UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02CV1536 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | JANUARY 30, 2008 |

**DEFENDANTS' MOTION IN LIMINE RE:**
**EXPERT TESTIMONY OF BRIAN ROYCE AND WILLIAM KINAHAN**

     The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from offering the expert opinions and/or testimony of Brian Royce and William Kinahan who may be offered by the plaintiff to testify in this case. As is more particularly set forth in the attached memorandum of law, the proffered testimony of Mr. Royce and Mr. Kinahan is improper pursuant to Fed.R.Evid. 701 and 702. Moreover, the plaintiff's belated indication in her Trial Memorandum Order, dated January 28, 2008, that she will offer Mr. Royce and Mr. Kinahan to give expert testimony is severely prejudicial to the defendants' ability to present a defense in this case.

ORAL ARGUMENT IS REQUESTED

WHEREFORE, the Defendants request the Court to grant this motion and preclude the Plaintiff from offering the expert opinions and testimony of Mr. Royce and Mr. Kinahan.

DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES
JEPSEN, WILLIAM TYLER, ANGELA
DESCHENES AND SHAWN BROWN


By____/s/ Kristan M. Maccini_____
   John J. Radshaw, III, ct19882
   Kristan M. Maccini, ct25121
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1121
   (860) 249-1361
   (860) 249-7665 (fax)
   E-Mail: jradshaw@hl-law.com
   E-Mail: kmaccini@hl-law.com

**CERTIFICATION**

      This is to certify that on January 30, 2008, a copy of the foregoing **Defendants' Motion In Limine Re: Expert Testimony of Brian Royce and William Kinahan** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

                                                /s/ Kristan M. Maccini
                                                John J. Radshaw, III
                                                Kristan M. Maccini