UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02CV1536 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | JANAURY 30, 2008 |

### DEFENDANTS' MOTION IN LIMINE RE: DEPOSITION TRANSCRIPTS OF DEFENDANTS JAMES RIO, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing as exhibits excerpts of the deposition transcripts of Defendants, William Tyler, James Rio, Angela Deschenes, Shawn Brown and James Jepsen, referenced Exhibits 3, 7, 8, 9, and 10, respectively, in her Trial Memorandum Order, dated January 28, 2008. As is more specifically set forth in the attached memorandum of law, these exhibits should be precluded because they are not allowed by the Federal Rules of Civil Procedure and are prohibited by the Federal Rules of Evidence.

ORAL ARGUMENT IS REQUESTED

WHEREFORE, the Defendants request that an order be entered precluding the Plaintiff from offering into evidence the above-referenced exhibits.

DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN

By    /s/ Kristan M. Maccini
   John J. Radshaw, III, ct19882
   Kristan M. Maccini, ct25121
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1121
   (860) 249-1361
   (860) 249-7665 (fax)
   E-Mail: jradshaw@hl-law.com
   E-Mail: kmaccini@hl-law.com

**CERTIFICATION**

      This is to certify that on January 30, 2008, a copy of the foregoing **Defendants' Motion In Limine Re: Deposition Transcripts of Defendants James Rio, James Jepsen, William Tyler, Angela Deschenes, and Shawn Brown**, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT  06106

                                                /s/ Kristan M. Maccini
                                                John J. Radshaw, III
                                                Kristan M. Maccini