UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL., | : | NO. :3:02 CV 1536 (RNC) |
|    Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL., | : | |
|    Defendants. | : | FEBRUARY 1, 2008 |

**PLAINTIFF'S AMENDED TRIAL MEMORANDUM ORDER**

10.  Plaintiff's list of exhibits

     The plaintiff, by and through her undersigned counsel, hereby submits the following list of exhibits. [The plaintiff reserves the right to offer and rely on any exhibits listed by defendants, should they disclose same]:

1) Video tape taken by Defendant Killiany during the September 7, 1999 search.
2) Video tape taken by Detective Kinanhan during the September 7, 1999 search.
3) Excerpts from Deposition of Defendant William Tyler, pp. 61-66, 78-81, 101.
4) Return (Receipt) for Seized property for 27 Tunxis Street, Farmington.
5) Affidavit and Application for Search and Seizure Warrant, Tunxis Street.
6) Inventory of Property Seized on Warrant for 27 Tunxis Street, Farmington
7) Excerpts from Deposition of Defendant James Rio, pp. 23-31, 38-44, 60-64.
8) Excerpts from Deposition of Defendant Angela Deschenes, pp. 48-57.
9) Excerpts from Deposition of Defendant Shawn Brown, pp. 35-38.
10) Excerpts from Deposition of James Jepsen, pp. 34-37, 53-54, 61
11) Lucien Walczyk's will.
12) Land title records for 27 Tunxis Street.
13) Land title records for 28 Tunxis Street
14) Photograph of 27 Tunxis Street
15) Photograph of 28 Tunxis Street
16) Map showing 27 and 28 Tunxis Street
17) Firearm Registrations of Lucien Walczyk
18) Retainer Agreement of Elizabeth Walczyk dated August 29, 2002 to recover firearms seized from 27 Tunxis Street.

12. Jury Instructions
Additional Jury Instruction.

**SUPERVISORY LIABILITY**

      The plaintiff also claims that defendants Rio and Tyler are liable for any constitutional violations by virtue of their roles in supervising the preparation of the search warrant.  Plaintiff also claims that defendants Jepsen and Tyler are liable as supervisors on the scene during the search.  A supervisor may be held liable for a constitutional tort by his employees if the plaintiff can show an affirmative causal link between the supervisor's acts or omissions and the plaintiff's injury.
This includes evidence of the supervisory officials's personal involvement in the matter.
Authority: *Poe v. Leonard*, 282 F.3d 123, 140 (2d Cir. 2002); *Hayut v. State University of New York*, 352 F.3d 733, 753 (2d Cir. 2003); *Walczyk v. Rio*, 496 F.3d 139 (2d Cir. 2007).

PLAINTIFF

By:  /s/ Jon L. Schoenhorn
     JON L. SCHOENHORN, ESQ.
     Federal Bar Number ct00119
     108 Oak Street
     Hartford, CT 06106
     Tel. 860-278-3500
     E-Mail: civlrights@aol.com

     Dated: February 1, 2008

F:\SHARED\CLIENTS\Walczyk-Civil\pretrial memo\plaintiff's amended pre-trial order.wpd

**CERTIFICATION**

    I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                  /s/ Jon L Schoenhorn
                                    Jon L. Schoenhorn