UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL., | : | NO. :3:02 CV 1536 (RNC) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL., | : | |
|     Defendants. | : | JANUARY 31, 2008 |

**PLAINTIFF'S MOTION IN LIMINE RE: TESTIMONY OF THOMAS WALCZYK**

The plaintiff in the above listed matter respectfully moves this Court to preclude the defendants from introducing any evidence involving prior land disputes made by Thomas Walczyk, any evidence referencing any lawful possession and use of a firearm by Thomas Walczyk, and any evidence of prior interactions that Thomas Walczyk had with the Farmington police. Any testimony or evidence offered on these matters would be irrelevant, unduly prejudicial, and has no bearing on the matters pending before the jury. The only purpose of offering this evidence would be to prejudice the jury into believing that Thomas Walczyk was an irresponsible individual which has nothing to do with whether the police had the authority to search 27 Tunxis Street, Farmington in September, 1999.

WHEREFORE, the plaintiff respectfully requests that this Court grant her motion in limine to preclude the evidence listed above.

                              THE PLAINTIFF,

                              By: /s/ Jon L. Schoenhorn
                                  Jon L. Schoenhorn
                                  Jon L. Schoenhorn & Associates, LLC
                                  108 Oak Street
                                  Hartford, CT 06106
                                  Fed. Bar No. Ct 00119

## **CERTIFICATION**

      I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                              /s/ Jon L Schoenhorn
                                              Jon L. Schoenhorn