UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL., | : | NO. :3:02 CV 1536 (RNC) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL., | : | |
|     Defendants. | : | FEBRUARY 4, 2008 |

### PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBITS

      The plaintiff, Elizabeth Walczyk, submits the following response to the defendants' list of proposed exhibits:

D-1: No objection

D-2: Objection on grounds of relevance, hearsay and prejudice

D-3: Objection on grounds of relevance, hearsay and prejudice

D-4: Objection on grounds of relevance, hearsay and prejudice

D-5: Objection on grounds of relevance, hearsay and prejudice

D-6: No objection (exhibit is mislabled in defendants' index)

D-7: Objection on grounds of relevance and prejudice

D-8: Objection on grounds of relevance, hearsay and prejudice

D-9: Objection on grounds of relevance and prejudice

D-10: Objection on grounds of relevance

D-11: No objection, but duplicative of plaintiff's exhibit and contains extra pages

D-12: Objection, in part, to items seized at 28 Tunxis Street, on grounds of relevance and prejudice

D-13: Objection on grounds of relevance and prejudice

D-14: No objection

D-15: Objection on grounds of relevance, hearsay and prejudice, except for first paragraph of Defendant Killiany's "Follow-up" report and Defendant Tyler's one-page "supplement" statement, dated September 7, 1999

D-16: Objection to full VCR tape on grounds of relevance and prejudice, to the extent it incorporates footage from search at 28 Tunxis Street

D-17: Copy not provided; no position at this time

D-18: Objection on grounds of relevance

D-19: Copy not provided; no position at this time

D-20 through D-37: To the extent these photographs show weapons and other items seized from 28 Tunxis street, objection on grounds of relevance and prejudice

Dated at Hartford, CT this 4th day of February, 2008.

                PLAINTIFF – ELIZABETH WALCYZK

                By:/s/ Jon L. Schoenhorn
                JON L. SCHOENHORN, ESQ.
                Federal Bar Number ct00119
                108 Oak Street
                Hartford, CT 06106
                Tel. 860-278-3500
                E-Mail: civlrights@aol.com

## **CERTIFICATION**

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                /s/ Jon L. Schoenhorn
                Jon L. Schoenhorn

C:\Documents and Settings\Jon\My Documents\WP Docs\Federal Court\Walczyk\objection to exhibits.wpd