UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH WALCZYK | : | NO.: 3:02CV1536 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | FEBRUARY 4, 2008 |

## **DEFENDANTS' PROPOSED JURY INTERROGATORIES**

1. Do you find that the plaintiff, Elizabeth Walczyk, has proven that Thomas Walczyk did not have dual residences at 27 and 28 Tunxis street in 1999 when the search warrant for 27 and 28 Tunxis street was presented to the Magistrate?

    Yes  _____          No  _____

2. If you have found that the plaintiff, Elizabeth Walczyk, has proven that Thomas Walczyk did not have dual residences at 27 and 28 Tunxis Street in 1999 at the time the warrant was presented to the Magistrate, do you find that the magistrate would not have issued the warrant once corrected with the fact that Thomas did not have dual residences?

    Yes  _____          No  _____

3. Based on the records and information reviewed by and in the possession of the officers at the time of the warrant application to the Magistrate, do you find that it was reckless for the officers to include the allegation of Thomas Walczyk's dual residency in the warrant application in violation of Elizabeth Walczyk's rights?

    Yes  _____          No  _____

        THE DEFENDANTS,
        JAMES RIO, BRIAN KILLIANY, JAMES
        JEPSEN, WILLIAM TYLER, ANGELA
        DESCHENES AND SHAWN BROWN

        /s/ John J. Radshaw, III
        John J. Radshaw, III, ct19882
        HOWD & LUDORF, LLC
        65 Wethersfield Avenue
        Hartford, CT  06114-1121
        (860) 249-1361
        (860) 249-7665 (fax)

## **CERTIFICATION**

     This is to certify that on **February 4, 2008**, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ John J. Radshaw, III
        John J. Radshaw, III