UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.:  3:02CV1536 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RIO, ET AL | : | FEBRUARY 27, 2008 |

## STIPULATION OF DISMISSAL AND WITHDRAWAL AGAINST ALL DEFENDANTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Elizabeth Walczyk, stipulates to the voluntary dismissal with prejudice and withdrawal of the above action against defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN.  This withdrawal is made with the agreement that neither party will seek costs or attorneys fees associated with this action.

Accordingly, the plaintiff moves the court to enter an order of dismissal against the defendants JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN

THE PLAINTIFF,
ELIZABETH WALCZYK


By __/s/John L. Schoenhorn__
    Jon L. Schoenhorn
    Jon L. Schoenhorn & Associates
    108 Oak Street
    Hartford, CT  06106
    860 278-3500
    860 278-6393 (Fax)
    E-mail: civlrights@aol.com


DEFENDANTS,
JAMES RIO, BRIAN KILLIANY, JAMES
JEPSEN, WILLIAM TYLER, ANGELA
DESCHENES AND SHAWN BROWN


By___/s/John J. Radshaw_____
    John J. Radshaw, III, ct19882
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-1121
    (860) 249-1361
    (860) 249-7665 (fax)
    E-Mail:  jradshaw@hl-law.com

2

## **CERTIFICATION**

This is to certify that on February 27, 2008, a copy of the foregoing Stipulation of Dismissal and Withdrawal Against All Defendants, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT  06106

    /s/John J. Radshaw
John J. Radshaw, III