UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WALCZYK, ET AL | : | NO.: 3:02CV1536 (RNC) |
| v. | : | |
| JAMES RIO, ET AL | : | FEBRUARY 27, 2008 |

### STIPULATION OF DISMISSAL AND WITHDRAWAL
### AGAINST ALL DEFENDANTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Elizabeth Walczyk, stipulates to the voluntary dismissal with prejudice and withdrawal of the above action against defendants, JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN. This withdrawal is made with the agreement that neither party will seek costs or attorneys fees associated with this action.

Accordingly, the plaintiff moves the court to enter an order of dismissal against the defendants JAMES RIO, BRIAN KILLIANY, JAMES JEPSEN, WILLIAM TYLER, ANGELA DESCHENES AND SHAWN BROWN

February 28, 2008. Approved. So ordered.
Robert N. Chatigny, U.S.D.J.