UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN STREET
HARTFORD, CT 06103

May 5, 2008

John J. Radshaw, III
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114-1190

    RE:   <u>Walczyk, et al v. Rio, et al</u>
           Case No. 3:02CV1536(RNC)

Dear Atty. Radshaw

The above-identified case having been disposed of in this court:

(x) Enclosed are the following exhibits:

    Two binders containing defendants' proposed exhibits

Please acknowledge receipt of the documents on the copy of this letter and return it to the Hartford Clerk's Office.

Thank you for your cooperation.

                    Sincerely,

                    ROBERTA D. TABORA, CLERK

                    By _____
                        Jo-Ann Walker
                        Deputy Clerk

Enclosures

ACKNOWLEDGMENT: _E. C. Slade_____ DATE: _7/1/08_
                    Blackman